# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON MUNICIPAL SEWER AUTHORITY,<br><br>　　　　Defendant. | Civil Action No. 4:25-CV-01323<br><br>Electronically Filed |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Tiadaghton Municipal Sewer Authority[1], by and through its undersigned counsel, hereby removes this action from the Court of Common Pleas of Lycoming County, Pennsylvania, pursuant to 28 U.S.C. § 1441 *et seq.*, and in support thereof states as follows:

　　1.　　On June 27, 2025, Plaintiff Dion Storm Holland ("Plaintiff") commenced this action via Complaint in the Court of Common Pleas of Lycoming County, Pennsylvania, at Docket No. 2025-00952.

---

[1] The correct legal name for Defendant is Tiadaghton Valley Municipal Authority.

13192137.1

2. The Court of Common Pleas of Lycoming County, Pennsylvania, is located within the judicial district embraced by this Court.

3. Defendant Tiadaghton Municipal Sewer Authority was served with the Complaint on June 30, 2025.

4. This Notice of Removal is filed within thirty days of receipt of the Complaint as required by 28 U.S.C. § 1446(b).

5. This Case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is removable by Defendants pursuant to 28 U.S.C. § 1441 *et seq.*

6. Plaintiff Holland appears to primarily be seeking relief pursuant to 42 U.S.C. §1983, and the Fourteenth Amendment's Due Process clause and Equal Protection clause. Compl. ¶ 21, 23, and 32.

7. Further, Plaintiff Holland indicates he is seeking relief pursuant to 18 U.S.C. § 241. Compl. ¶ 32.

8. This Court has jurisdiction over the remaining state law claims by virtue of its ability to exercise supplemental jurisdiction. 28 U.S.C.A. § 1367.

9. Attached as Exhibit A to this Notice of Removal are copies of the Complaint served on Defendants in the Court of Common Pleas of Lycoming County, as well as the additional docket entries including the Court of Common

Pleas' ruling on Plaintiff's request for emergency relief, and Plaintiff's Motion for a finding of contempt.

10. Defendant Jersey Shore Area Joint Water Authority consents to the removal. See attached Consent to Notice of Removal.

WHEREFORE, Defendants respectfully remove this action from the Court of Common Pleas of Lycoming County, Pennsylvania, to the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,

BARLEY SNYDER

By:    /s/ Michael J. Crocenzi
Michael J. Crocenzi, Esquire
Attorney I.D. #66255
mcrocenzi@barley.com
Sarah L. Doyle, Esquire
Attorney I.D. #321149
sdoyle@barley.com
100 East Market Street
York, PA 17401
Telephone (717) 846-8888
*Counsel for Tiadaghton Municipal Sewer Authority*

Dated: July 21, 2025

13192137.1

## CERTIFICATE OF SERVICE

I certify that on this 21st day of July, 2025, the foregoing Notice of Removal was electronically filed and available for downloading from the ECF system and, pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document on the following parties who have consented to electronic service:

> Sean P. McDonough, Esquire
> Dougherty Leventhal & Price, LLP
> 75 Glenmaura National Boulevard
> Moosic, PA 18507
> *Counsel for Defendant Jersey Shore*
> *Area Joint Water Authority*

and by first-class mail, postage prepaid to:

> Dion Storm Holland
> 566 High Street
> Jersey Shore, PA 17740
> *Pro Se Plaintiff*

BARLEY SNYDER

By:  /s/ Michael J. Crocenzi
Michael J. Crocenzi, Esquire (I.D. #66255)
mcrocenzi@barley.com
Sarah L. Doyle, Esquire (I.D. #321149
sdoyle@barley.com
100 East Market Street
York, PA 17401
Telephone (717) 846-8888
*Counsel for Tiadaghton Municipal Sewer Authority*

Dated: July 21, 2025

13192137.1