

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA

U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701-6460
Internet Address: www.pamd.uscourts.gov

**PETER WELSH**
Clerk of Court

**July 21, 2025**

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740

RE:  Holland v. Jersey Shore Area Joint Water Authority et al./4:25-CV-01323

Dear Pro Se Plaintiff:

The court has received the Notice of Removal and assigned it to the case number above.  Please use this number in all future pleadings and correspondence regarding this case.

Pro Se plaintiffs are advised that they have an affirmative obligation to keep the court informed of his or her current address. If the plaintiff changes his or her address while the lawsuit is being litigated, the plaintiff shall immediately inform the court of the change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following address:

U.S. Courthouse
240 West Third Street, Suite 218
Williamsport, PA 17701-6460

Sincerely,
PETER WELSH, Clerk of Court
By: EA
Deputy Clerk

[  ]   Complaint
[ X ]   Other (Notice of Removal)