IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**PRAECIPE FOR ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of the undersigned on behalf of Defendant JERSEY SHORE AREA JOINT WATER AUTHORITY only, relative to the above-captioned action.

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendant Jersey Shore Area
Jt. Water Authority
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427

Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 23rd day of July, 2023, I served the foregoing ENTRY OF APPEARANCE, upon the persons indicated below as follows:

Via first class mail, postage prepaid

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

                                     Respectfully submitted,

                                     DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                                     s/Sean P. McDonough

                                     _____
                                     SEAN P. McDONOUGH, ESQUIRE
                                     Attorney for Defendant Jersey Shore Area Jt.
                                     Water Authority