IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DION STORM HOLLAND             :
                                    : CIVIL NO.  4:25-CV-01323
         Plaintiff,         :
                                      :
vs.                                : (JUDGE BRANN)
                                      :
JERSEY SHORE AREA JOINT      :
WATER AUTHORITY, et al.         :
                                      :
         Defendants:         : (ELECTRONICALLY FILED)

**DEFENDANT JERSEY SHORE AREA JOINT WATER
AUTHORITY'S MOTION TO DISMISS PLAINTIFF'S
COMPLAINT FILED PURSUANT TO F.R.C.P. 12(b)(6)**

AND NOW, comes the Defendant Jersey Shore Area Joint Water Authority,

by and through its counsel, Dougherty, Leventhal & Price, LLP, and hereby move

this Honorable Court for the dismissal of Plaintiff's Complaint pursuant to

F.R.C.P. 12(b)(6), averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se*

Complaint against Defendants Jersey Short Area Joint Water Authority

(hereinafter, "Jersey Shore") and Tiadaghton Municipal Sewer Authority alleging

his civil rights were violated.

2.  On July 21, 2025, Co-defendant Tiadaghton MSA filed a Notice of Removal with the Middle District of Pennsylvania.  Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3.  Moving Defendant Jersey Shore hereby moves for the dismissal of Plaintiff's Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Complaint fails to state a claim upon which relief can be granted.  The grounds upon which this Motion is based will be fully outlined in the Moving Defendant's supporting brief which will be filed pursuant to Local Rule 7.5.

4.  Undersigned counsel contacted Plaintiff Holland and he has indicated that he does not concur in the filing of this motion.

WHEREFORE, the Defendant Jersey Shore Joint Water Authority prays for the entry of an order granting its Motion to Dismiss Plaintiff's Complaint as it pertains to them.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough

By:    _____
Sean P. McDonough, Esquire
Attorney for Defendant Jersey Shore Area
Jt. Water Authority
PA ID# 47428
459 Wyoming Avenue

Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF NON-CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint

Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland

regarding his concurrence in this motion and he indicated that he does not concur.

Date: July 28, 2025                          s/Sean P. McDonough
                                             Sean P. McDonough, Esquire
                                             Attorney for Defendant Jersey Shore

**CERTIFICATE OF SERVICE**

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 28th

day of July, 2025, I served the foregoing Motion to Dismiss, upon the persons

indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough

_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendant Jersey Shore Area Jt.
Water Authority