THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
|  | : CIVIL NO.  4:25-CV-01323 |
| Plaintiff, | : |
|  | : |
| vs. | : (JUDGE BRANN) |
|  | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
|  | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW this _____ day of _____, 2025, upon consideration of Defendant Jersey Shore Joint Water Authority's Motion to Dismiss Plaintiff's Complaint filed Pursuant to F.R.C.P. 12(b)(6), it is hereby ORDERED AND DECREED that said Motion is GRANTED and the Plaintiff's Complaint is dismissed as it pertains to Defendant Jersey Shore.

            BY THE COURT:

            _____
                          J.