IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON MUNICIPAL SEWER AUTHORITY,<br><br>Defendant. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Dismiss, and Plaintiff's response, the Defendant's Motion is GRANTED. Plaintiff Dion Storm Holland's Complaint is DISMISSED.

BY THE COURT:

_____ J.

13193631.1