# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON MUNICIPAL SEWER AUTHORITY,<br><br>Defendant. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

## CERTIFICATE OF NON-CONCURRENCE

I, Sarah L. Doyle, Esquire, counsel for Defendant Tiadaghton Municipal Sewer Authority, certify that I contacted pro se Plaintiff, Dion Storm Holland, and Plaintiff does not concur with the Motion to Dismiss.

                              Respectfully submitted,

                              BARLEY SNYDER

By:   */s/ Sarah L. Doyle*
Michael J. Crocenzi, Esquire (#66255)
mcrocenzi@barley.com
Sarah L. Doyle, Esquire (#321149)
sdoyle@barley.com
100 East Market Street
York, PA 17401
Telephone (717) 846-8888
*Counsel for Tiadaghton Municipal Sewer Authority*

Date: July 28, 2025

13193631.1