IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON MUNICIPAL SEWER AUTHORITY,<br><br>　　　　Defendant. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

**DEFENDANT JERSEY SHORE AREA JOINT WATER AUTHORITY'S MOTION TO VACATE SCHEDULING ORDER**

AND NOW, comes the Defendant, Jersey Shore Area Joint Water Authority, by and through its undersigned counsel, and files this Motion to Vacate Scheduling Order:

1.　Plaintiff Dion Storm Holland ("Plaintiff") filed a Complaint and Motion for Injunctive Relief on or about June 27, 2025, in the Court of Common Pleas for Lycoming County, Pennsylvania.

2.　On June 30, 2025, a hearing was held on Plaintiff's Motion for Injunctive Relief, during which the Court ordered Defendants to restore Plaintiff's water service.

3. Thereafter, Plaintiff filed a Motion for Contempt on July 10, 2025.

4. On July 15, 2025, the Court issued an order scheduling a hearing on the Motion for Contempt for August 15, 2025.

5. On July 21, 2025, Co-Defendant Tiadaghton Municipal Sewer Authority (properly Tiadaghton Valley Municipal Authority, "TVMA") timely filed a Notice of Removal to federal court, which was thereafter served on all parties. (Doc. 1)

6. Pursuant to 28 USCA § 1446(d), after a claim is removed to federal court, the State court shall proceed no further unless and until the case is remanded.

7. However, pursuant to 28 USCA § 1450, all orders in an action prior to its removal shall remain in full force and effect until dissolved or modified by the district court.

8. Further, pursuant to F.R.C.P. 81(c), the Federal Rules of Civil Procedure shall apply after a case is removed to federal court.

9. As such, Defendant Jersey Shore Area Joint Water Authority respectfully requests that this Court vacate the scheduling order issued by the State court setting a date for hearing on the Motion for Contempt so that the Motion for Contempt may proceed and be disposed of pursuant to the Federal Rules of Civil Procedure.

10. Undersigned counsel hereby certifies that he attempted to contact the plaintiff who is pro se; however, he was unavailable, and it is assumed that he does not concur. Counsel for the Co-defendant, Sarah L. Doyle, Esquire, was contacted and concurs in the filing of this motion.

WHEREFORE, Defendant Jersey Shore Area Joint Water Authority respectfully requests that this Court enter an Order Vacating the Scheduling Order on Plaintiff's Motion for Contempt so that the Motion may proceed pursuant to the Federal Rules of Civil Procedure.

        Respectfully submitted,

        DOUGHERTY, LEVENTHAL & PRICE, LLP

        By: *s/Sean P. McDonough*
            Sean P. McDonough, Esquire
            Attorney I.D. 47428
            459 Wyoming Avenue
            Kingston, PA 18704
            Telephone (570) 288-1427
            smcdonough@dlplaw.com
            Counsel for Defendant Jersey Shore Area Joint Water Authority

Date: July 31, 2025

# CERTIFICATE OF NON-CONCURRENCE/
# CERTIFICATE OF CONCURRENCE

I, Sean P. McDonough, Esquire, Attorney for Defendant Jersey Shore Area Joint Water Authority, hereby certify that I attempted to contact Plaintiff, Dion Holland, who is pro se; regarding the foregoing motion. However, he was unavailable, and it is assumed that he does not concur in this motion.

I contacted counsel for the Co-defendant Tiadaghton Municipal Sewer Authority, Sarah L. Doyle, Esquire, and she indicated that she concurs in the filing of this motion.

Date: July 31, 2025

*s/Sean P. McDonough*
Sean P. McDonough, Esquire
Attorney for Defendant Jersey Shore
Area Joint Water Authority

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 31st day of July, 2025, I served the foregoing Motion to Vacate Scheduling Order, upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendant Jersey Shore Area Jt. Water Authority