IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON MUNICIPAL SEWER AUTHORITY,<br><br>Defendant. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

**ORDER GRANTING DEFENDANT'S MOTION TO VACATE SCHEDULING ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the Defendant's Motion to Vacate Scheduling Order, it is hereby ordered as follows:

1. The Scheduling Order entered by the State court on July 15, 2025, scheduling a hearing on the Plaintiff's Motion for Contempt is hereby VACATED.

2. The Motion for Contempt shall proceed to disposition pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules. Plaintiff's Brief in Support of his Motion for Contempt shall be filed no later than fourteen (14) days from the date this Order is entered.

BY THE COURT:

_____
J.