IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DION STORM HOLLAND,

  Plaintiff,

v.

JERSEY SHORE AREA JOINT WATER AUTHORITY;

TIADAGHTON MUNICIPAL AUTHORITY;

ERIC S. JOHNSTON, in his individual capacity; and

JOHN DOES 1–5,

  Defendants.

Civil Action No. 4:25-cv-01323-DFB

### NOTICE OF CORRECTION OF DEFENDANT'S NAME

Plaintiff Dion Storm Holland, proceeding pro se, respectfully provides notice to the Court and all parties of a correction to the caption in the First Amended Complaint filed in the above-captioned matter. The individual defendant previously identified as "Eric Johnson" is properly named "Eric S. Johnston." **Plaintiff was unaware of the defendant's full legal name at the time of filing but now corrects the record.** All references to "Eric

Johnson" in the First Amended Complaint and related filings shall be deemed to refer to "Eric S. Johnston."

This correction is made in good faith and is not intended to cause delay or prejudice.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com

# CERTIFICATE OF SERVICE

    I hereby certify that on this 1st day of August 2025, I caused a true and correct copy of the foregoing NOTICE OF CORRECETION OF DEFENDANTS NAME, to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq.

Dougherty, Leventhal & Price, LLP

75 Glenmaura National Boulevard

Moosic, PA 18507

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com