IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DION STORM HOLLAND,

  Plaintiff,

v.

JERSEY SHORE AREA JOINT WATER AUTHORITY;

TIADAGHTON MUNICIPAL AUTHORITY;

ERIC S. JOHNSTON, in his individual capacity; and

JOHN DOES 1–5,

  Defendants.

## NOTICE OF ERRATA REGARDING CERTIFICATE OF SERVICE IN DOCUMENT 11

Plaintiff Dion Storm Holland respectfully notifies the Court and all parties of the following correction to Document 11, filed on August 3, 2025:

The Certificate of Service attached to the filing contained a typographical error, stating the service date as August 1, 2025.

The correct service date is August 3, 2025, the date the filing was made and served via the Court's CM/ECF system.

Plaintiff respectfully requests that the docket reflect this correction. No other changes are necessary.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com

I hereby certify that on this 3rd day of August 2025, I caused a true and correct copy of the foregoing NOTICE OF ERRATA, to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq.

Dougherty, Leventhal & Price, LLP

75 Glenmaura National Boulevard

Moosic, PA 18507

E-mail: smcdonough@dlplaw.com

Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com

Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com