AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| DION STORM HOLLAND <br><br> *Plaintiff(s)* <br> v. <br> JERSEY SHORE AREA JOINT WATER AUTHORITY; TIADAGHTON MUNICIPAL AUTHORITY; ERIC S. JOHNSTON; JOHN DOE 1-5 in their individual capacities <br><br> *Defendant(s)* | Civil Action No. 4:25-CV-01323-DFB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JOHN DOE 1-5
UNKNOWN EMPLOYEES/ AGENTS OF JERSEY SHORE AREA JOINT WATER AUTHORITY AND TIADAGHTON MUNICIPAL AUTHORITY
1111 BARDO AVENUE.
JERSEY SHORE PA, 17740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DION STORM HOLLAND
In Care of: 566 High Street
Jersey Shore, Pennsylvania 17740
subarudion@gmail.com
814-574-9664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| DION STORM HOLLAND<br><br>*Plaintiff(s)*<br>v.<br>JERSEY SHORE AREA JOINT WATER AUTHORITY;<br>TIADAGHTON MUNICIPAL AUTHORITY;<br>ERIC S. JOHNSTON; JOHN DOE 1-5 in their<br>individual capacities<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:25-CV-01323-DFB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERIC S. JOHNSTON
1111 BARDO AVENUE.
JERSEY SHORE PA, 17740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DION STORM HOLLAND
In Care of: 566 High Street
Jersey Shore, Pennsylvania 17740
subarudion@gmail.com
814-574-9664

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                         *Signature of Clerk or Deputy Clerk*