IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : Civil No. 4:25-CV-1323 |
| Plaintiff, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, et al., | : |
| Defendants. | : |

## ORDER

The background of this order is as follows:

This case was removed from the Court of Common Pleas of Lycoming County to this court on July 21, 2025. (Doc. 1). The *pro se* plaintiff, Dion Holland, filed this action against the Jersey Shore Area Joint Water Authority and the Tiadaghton Municipal Authority in state court alleging claims pursuant to 42 U.S.C. § 1983 under the Fourteenth Amendment's Due Process and Equal Protection clauses. (*See* Doc. 1-2). Following removal to this court, the each filed a motion to dismiss the complaint. (Docs. 4, 5). On August 1, 2025, Holland filed an amended complaint adding Eric Johnson and John Does 1-5 as defendants. (Doc. 10).

Additionally, Jersey Shore Area Joint Water Authority and the Tiadaghton Municipal Authority have moved to vacate the Lycoming County Court's scheduling order, as well as strike a motion for default judgment filed by the plaintiff in state court. (Docs. 6-9). The motions ask this court to strike a filing on the state court docket, as well as vacate a scheduling order setting a hearing in state court on August 15, 2025. While the defendants correctly note that Section 1446 mandates that, following removal, "the State court shall proceed no further unless and until the case is remanded[,]" 28 U.S.C. § 1446(d), we do not have the authority to vacate the state court's scheduling order or strike a motion from its docket. Rather, the defendants must seek the appropriate relief from the state court.

Accordingly, IT IS HEREBY ORDERED THAT the defendants' motions to strike the plaintiff's motion for default judgment and to vacate the county court's scheduling order (Docs. 6-9) are DENIED.

So ordered this 6th day of August 2025.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge