IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : Civil No. 4:25-CV-1323 |
| Plaintiff, | : |
| v. | : (Chief Magistrate Judge Bloom) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, et al., | : |
| Defendants. | : |

# ORDER

AND NOW, this 6th day of August 2025, IT IS HEREBY ORDERED THAT the plaintiff's request for issuance of a summons for the newly added defendants (Doc. 13) is GRANTED. The Clerk is ORDERED to issue a summons to the plaintiff, who is proceeding *pro se*, and mail that summons to the plaintiff at the address reflected on the docket in this case. The plaintiff, in turn, IS ORDERED to make proper service of the complaint and summons on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

*s/ Daryl F. Bloom*
Daryl F. Bloom
Chief United States Magistrate Judge