IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO.  4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE BLOOM) |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY AND ERIC S. JOHNSTON'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FILED PURSUANT TO F.R.C.P. 12(b)(6)**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority and Eric S. Johnston, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the dismissal of Plaintiff's Amended Complaint pursuant to F.R.C.P. 12(b)(6), averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority (hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging

his civil rights were violated.

2. On July 21, 2025, Co-defendant Tiadaghton MSA filed a Notice of Removal with the Middle District of Pennsylvania. Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3. On August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named plaintiff, Moving Defendant Eric S. Johnston (hereinafter, "Johnston"). Summons were issued on August 6, 2025.

4. Moving Defendants Jersey Shore and Johnston hereby move for the dismissal of Plaintiff's Amended Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Complaint fails to state a claim upon which relief can be granted. The grounds upon which this Motion is based will be fully outlined in the Moving Defendants' supporting brief which will be filed pursuant to Local Rule 7.5.

4. Undersigned counsel attempted to contact Plaintiff Holland; however, he was unavailable and it is assumed that he does not concur in the filing of this motion. Counsel for the co-defendant Tiadaghton Valley Municipal Authority, Sarah L. Doyle, was contacted and concurs in the filing of this motion.

WHEREFORE, the Defendants Jersey Shore Joint Water Authority and Eric S. Johnston prays for the entry of an order granting their Motion to Dismiss

Plaintiff's Amended Complaint as it pertains to them.

                        Respectfully submitted:

                        DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                        s/Sean P. McDonough
By:   _____
        Sean P. McDonough, Esquire
        Attorney for Defendants Jersey Shore Area
        Jt. Water Authority & Eric S. Johnston
        PA ID# 47428
        459 Wyoming Avenue
        Kingston, PA 18704
        Phone (570) 347-1011 or 570-288-1427
        Fax (570) 347-7028 or 570-288-7099
        smcdonough@dlplaw.com

## CERTIFICATE OF NON-CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he indicated that he does not concur.

Date: August 14, 2025

s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore and Johnston

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 14th day of August, 2025, I served the foregoing Motion to Dismiss Plaintiff's Amended Complaint, upon the persons indicated below as follows:

    Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

    Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

    Respectfully submitted,

    DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

    s/Sean P. McDonough
    _____
    SEAN P. McDONOUGH, ESQUIRE
    Attorney for Defendants Jersey Shore Area Jt.
    Water Authority and Eric S. Johnston