THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE BLOOM) |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW this _____ day of _____, 2025, upon consideration of Defendants Jersey Shore Joint Water Authority and Eric S. Johnston's Motion to Dismiss Plaintiff's Amended Complaint filed Pursuant to F.R.C.P. 12(b)(6), it is hereby ORDERED AND DECREED that said Motion is GRANTED and the Plaintiff's Amended Complaint is dismissed as it pertains to Defendants Jersey Shore and Johnston.

BY THE COURT:

_____
J.