**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DION STORM HOLLAND | |
| Plaintiff, | |
| v. | Civil Action No. 4:25-cv-01323-DFB |
| JERSEY SHORE AREA JOINT WATER AUTHORITY | The Honorable Daryl F. Bloom |
| and | Electronically Filed |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities, | |
| Defendants. | |

**<u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u>**

AND NOW, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Dismiss, and Plaintiff's response, the Defendant's Motion is GRANTED. Plaintiff Dion Storm Holland's Amended Complaint, as it pertains to Tiadaghton Valley Municipal Authority, is DISMISSED.

BY THE COURT:

_____
J.

13258751.1