IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>    Plaintiff,<br><br>    v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>  and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>    Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

## **CERTIFICATE OF NON-CONCURRENCE AND CONCURRENCE**

    I, Sarah L. Doyle, Esquire, counsel for Defendant Tiadaghton Valley Municipal Authority, certify that I contacted *pro se* Plaintiff, Dion Storm Holland, and Plaintiff does not concur with the Motion to Dismiss.  Counsel for Jersey Shore Area Joint Water Authority and Eric Johnston concurs with the Motion.

                            Respectfully submitted,

                            BARLEY SNYDER

          By:    */s/ Sarah L. Doyle*
                      Michael J. Crocenzi, Esquire (#66255)
                  mcrocenzi@barley.com
                  Sarah L. Doyle, Esquire (#321149)
                  sdoyle@barley.com
                  100 East Market Street
                  York, PA  17401
                  Telephone (717) 846-8888

Date:  August 15, 2025

13258751.1