Civil Action No.: **4:25-CV-01323-DFB**

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _Eric S. Johnston_

was received by me on (date) _08/18/2025_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _Stephanie Shields_ , who is

designated by law to accept service of process on behalf of (name of organization) _Jersey Shore_

_Joint Water Authority_ on (date) _08/18/2025_; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _20_ for travel and $ _100_ for services, for a total of $ _120_ .

I declare under penalty of perjury that this information is true.


_08/18/2025_
Date

_Michael J. O'Rourke_
Server's Signature

_Michael J O'Rourke Mr._
Printed name and title

_157 Suburban Ave_
Server's Address
_State College PA 16803_

Additional information regarding attempted service, etc: