# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : **Civil Action No**. 4:25-CV-01323-DFB |
| v. | : **The Honorable Daryl F. Bloom** (Chief U.S. Magistrate Judge) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : **MOTION FOR CONTEMPT AND PERMANENT INJUNCTIVE RELIEF** |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

### ORDER GRANTING PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND PERMANENT INJUNCTIVE RELIEF

### BEFORE THE HONORABLE CHIEF MAGISTRATE JUDGE DARYL F. BLOOM

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's **Motion for Civil Contempt and Permanent Injunctive Relief**, and the record before this Court, IT IS HEREBY ORDERED that:

1. **Defendants are adjudged in civil contempt** of the June 30th, 2025 Order issued by Judge William Carlucci, which remains in effect pursuant to 28 U.S.C. § 1450.
2. Defendants are **permanently enjoined** from terminating or attempting to terminate water or sewer service to Plaintiff's residence at 566 High Street,

    Jersey Shore, Pennsylvania, unless and until they:
    a. Strictly comply with 53 P.S. § 3102.502(b)(1)–(2) and the Jersey Shore Area Joint Water Authority Rule X;
    b. Fully honor 52 Pa. Code § 56.113 and 66 Pa.C.S. § 1406(f) concerning medical-certificate protections; and
    c. Provide Plaintiff with all due-process safeguards, including mailed and posted 10-day notice and a meaningful opportunity to contest, as required by *Memphis Light, Gas & Water Div. v. Craft*, 436 U.S. 1 (1978).

3. **Coercive sanctions** shall be imposed in the amount of $_____ per day for each day of future non-compliance with this Order.
4. Defendants shall pay **compensatory damages and litigation costs**, including prospective attorneys' fees pursuant to **42 U.S.C. § 1988(b)**, for harms and expenses caused by their contemptuous conduct.
5. Defendants shall file within **14 days** a written **compliance plan**, designating a responsible official to certify under penalty of perjury ongoing adherence to state regulations and this Court's Orders.
6. A **compliance hearing** shall be scheduled within **14 days** of this Order to monitor and enforce ongoing adherence.
7. This Court retains jurisdiction to impose additional sanctions or remedies as may be just and proper.

SO ORDERED.

**BY THE COURT:**

Hon. Daryl F. Bloom Chief United States Magistrate Judge