# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : **Civil Action No**. 4:25-CV-01323-DFB |
| v. | : **The Honorable Daryl F. Bloom** (Chief U.S. Magistrate Judge) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : **MOTION FOR CONTEMPT AND PERMANENT INJUNCTIVE RELIEF** |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1 of the Middle District of Pennsylvania, the undersigned certifies that on August 19, 2025, Plaintiff contacted Defendants' counsel by email regarding concurrence in Plaintiff's **Motion for Civil Contempt and Permanent Injunctive Relief**.

Defendants, through counsel, have indicated that they do **not concur** in the relief requested.

Accordingly, this motion is submitted as contested.

Respectfully submitted,

Dated: August 19th, 2025

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
566 High Street
Jersey Shore, PA 17740
(814) 574-9664
subarudion@gmail.com