# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>　　Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>　　Defendants. | **Civil Action No**. 4:25-CV-01323-DFB<br><br>**The Honorable Daryl F. Bloom (Chief U.S. Magistrate Judge)**<br><br>**MOTION FOR CONTEMPT AND PERMANENT INJUNCTIVE RELIEF** |

## NOTICE OF CORRECTION

Plaintiff, Dion Storm Holland, pro se, respectfully submits this Notice of Correction regarding his filings made on August 19, 2025.

Due to a technical issue with the PDF conversion software originally used, the font in certain filings (Motion for Civil Contempt, Brief in Support, and Certificate of Non-Concurrence) did not consistently appear in **Times New Roman 14-point**, as required by the Court's rules.

Plaintiff has now corrected the formatting issue using Microsoft Word's built-in PDF export function to ensure compliance with the Local Rules and the Court's professional standards. Corrected versions of the filings are attached hereto and replace the earlier versions.

This Notice is filed in good faith to maintain a clear and accurate record.

**Respectfully submitted,**

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In Care of: 566 High Street
Jersey Shore, PA 17740
(814) 574-9664
subarudion@gmail.com

Dated: August 19th, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2025, I caused a true and correct copy of the foregoing Notice of Correction regarding the previous Motion For Contempt Permanent Injunction, Proposed order, Certificate of Nonconcurrence and Brief in Support to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq.

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com