# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>  Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>  Defendants. | Civil Action No. 4:25-CV-01323-DFB<br><br>**The Honorable Daryl F. Bloom**<br>**(Chief U.S. Magistrate Judge)** |

**Before the Honorable Daryl F. Bloom, Chief United States Magistrate Judge**

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendant Tiadaghton Valley Municipal Authority's Motion to Dismiss and Plaintiff's Brief in Opposition, IT IS HEREBY ORDERED that:

1. Defendant's Motion to Dismiss is **DENIED** in its entirety;
2. Plaintiff's Amended Complaint shall proceed to discovery on all claims; and
3. This Court shall retain jurisdiction to enforce all prior injunctive orders entered in this matter.

IT IS SO ORDERED.

BY THE COURT:

The Honorable Daryl F. Bloom
Chief United States Magistrate Judge