IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
|  | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
|  | : |
| vs. | : (JUDGE BRANN) |
|  | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
|  | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY AND ERIC S. JOHNSTON'S MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority and Eric S. Johnston, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for an enlargement of time of two weeks or until September 11, 2025, to file their brief in support of their Motion to Dismiss Plaintiff's Amended Complaint, averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority (hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging

his civil rights were violated.

2. On July 21, 2025, Co-defendant Tiadaghton MSA filed a Notice of Removal with the Middle District of Pennsylvania. Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3. On August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named plaintiff, Moving Defendant Eric S. Johnston (hereinafter, "Johnston"). Summons were issued on August 6, 2025.

4. On August 14, 2025, Moving Defendants Jersey Shore and Johnston filed a Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Complaint fails to state a claim upon which relief can be granted. Pursuant to Local Rules, their supporting brief is due on or before August 28, 2025.

5. Counsel for Moving Defendants has been in numerous depositions during last week and this week and has additional depositions next week which will limit the time that he has to prepare Moving Defendants' supporting brief. Additionally, undersigned counsel has several other submissions due in both federal court and county court in other matters. As such, he is seeking a two-week extension of time to file Defendants' supporting brief.

6. Undersigned counsel contacted Plaintiff Holland and he concurs in this request. Additionally, counsel for the co-defendant Tiadaghton Valley Municipal Authority, Sarah L. Doyle, was contacted and concurs in the filing of this motion.

WHEREFORE, the Defendants Jersey Shore Joint Water Authority and Eric S. Johnston prays for the entry of an order granting their Motion for Enlargement of Time to File their Brief in Support of their Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority & Eric S. Johnston
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he indicated that he does concur in same. Additionally, I have contacted Sarah L. Doyle, Esquire, counsel for the co-defendant, and she concurs in the filing of this motion as well.

Date: August 21, 2025

s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore
and Johnston

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 21st day of August, 2025, I served the foregoing Motion for Enlargement of Time to File Defendants' Supporting Brief to their Motion to Dismiss Plaintiff's Amended Complaint, upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt.
Water Authority and Eric S. Johnston