THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE BRANN) |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW this _____ day of _____, 2025, upon consideration of Defendant Jersey Shore Joint Water Authority's Motion for Enlargement of Time to File Their Brief in Support of Their Motion to Dismiss Plaintiff's Amended Complaint, it is hereby ORDERED AND DECREED that said Motion is GRANTED thereby making the Jersey Shore Defendant's Brief in Support of their Motion to Dismiss the Plaintiff's Amended Complaint due on or before September 11, 2025.

BY THE COURT:

_____
J.