# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323-DFB |
| v. | : **The Honorable Daryl F. Bloom** <br> : **(Chief U.S. Magistrate Judge)** |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : **NOTICE OF FILING CONSENT FORM** |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## NOTICE OF FILING CONSENT FORM

Plaintiff, Dion Storm Holland, pro se, hereby gives notice of filing his executed Consent to Proceed Before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and Standing Order 2024-04.

A true and correct copy of the executed Consent Form has been transmitted to the Clerk's Office at consents@pamd.uscourts.gov, as directed.

Respectfully submitted,

Dated: August 21, 2025

/s/ Dion Storm Holland

Pro Se Plaintiff

566 High Street

Jersey Shore, PA 17740

814-574-9664

subarudion@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2025, I caused a true and correct copy of the foregoing Notice of Filing Consent Form together with the attached executed Consent Form, to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com

Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com

Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com