NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR *PRO SE*

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
814-574-9664
Pro Se Plaintiff

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Dion Storm Holland

Plaintiff(s)

v.

Jersey Shore Area Joint Water Authority et al

Defendant(s).

CASE NUMBER:

4:25-cv-01323-DFB

**STATEMENT OF CONSENT TO PROCEED
BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to
Magistrate Judges Only)**

### THIS CONSENT FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO STANDING ORDER 2024-04

In accordance with Standing Order 2024-04, Fed.R.Civ.P. 73 and 28 U.S.C. § 636(c), the above-captioned civil matter has been assigned to a Magistrate Judge. All parties to the above-captioned civil matter are to select one of the following two options and return the Consent Form to consents@pamd.uscourts.gov or mail to Scranton Operations Supervisor, Clerk's Office, U.S. District Court, P.O. Box 1148, Scranton, PA 18501-1148, within **30 days** from the date the Consent Form was sent. This Consent Form was sent on 08/21/25 _____.

[✔] The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of Standing Order 2024-04, 28 U.S.C. § 636(C) and Fed.R.Civ.P. 73(b), to have a Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of a Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

[ ] The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before a Magistrate Judge. The case will be randomly assigned to a District Judge, within the Middle District of Pennsylvania, but not necessarily in the location in which the case was filed.

The party or parties listed below acknowledge that they are free to decline consent without adverse substantive consequences.

| Name of Counsel (OR Party if *Pro Se*) | Signature and Date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Dion Storm Holland, Pro Se | _Dion Storm Holland_ 08-21-2025 UCC 1-308 | |
| | | |
| | | |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before a Magistrate Judge, this case will remain assigned to a United States Magistrate Judge for all further proceedings.

STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges only)