Civil Action No.: **4:25–CV–01323–DFB**

### PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _timothy confair_

was received by me on (date) _08/22/2025_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) _Eric Johnston_ , who is

designated by law to accept service of process on behalf of (name of organization) _Jersey Shore_
_Joint Area Water Authority_ on (date)_08/22/2025_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _10.00_ for travel and $ _50.00_ for services, for a total of $ _100.00_ .

I declare under penalty of perjury that this information is true.

_08/22/25_
Date

_Randall W Moon II_
Server's Signature

_Randall W Moon II_
Printed name and title

_519 Zinck Rd Jersey Shore PA 17740_
Server's Address

Additional information regarding attempted service, etc: