IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>        Plaintiff,<br><br>  v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>        Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

**DEFENDANT TIADAGHTON VALLEY MUNICIPAL AUTHORITY'S
<u>MOTION TO EXCEED PAGE LIMITATION</u>**

      COMES NOW, Defendant Tiadaghton Valley Municipal Authority ("TVMA"), by its undersigned counsel, and for the reasons set forth below, requests an Order granting it leave to exceed the page limitation set forth in Local Rule 7.8(b):

      1.    Plaintiff Dion Storm Holland ("Plaintiff") filed a Complaint and Motion for Injunctive Relief on or about June 27, 2025 in the Court of Common Pleas for Lycoming County, Pennsylvania.

13318439.1

2. On July 21, 2025, TVMA timely filed a Notice of Removal to federal court, which was thereafter served on all parties. (Doc. 1)

3. Plaintiff thereafter filed an Amended Complaint on August 1, 2025. (Doc. 10)

4. TVMA filed a second Motion to Dismiss on August 15, 2025 and plans to file the supporting brief in accordance with court-ordered deadlines.

5. The substantive portion of the brief is expected to be about 35 pages in length and exceed 5,000 words.

6. Local Rule 7.8(b) requires that briefs be limited to 15 pages in length or contain no more than 5,000 words unless court approval is obtained.

7. The length of TVMA's brief is necessary to adequately address the factual and legal issues in its Motion to Dismiss, given that the Amended Complaint contains thirteen (13) counts. TVMA would be unfairly prejudiced if it is not permitted to file a brief up to 35 pages long.

8. The instant motion is timely. *See* Local Rule 7.8(b)(3) ("Any motion seeking such authorization shall specify the length of the brief requested and shall be filed at least two (2) working days before the brief is due.").

9. Plaintiff and counsel for Defendant Jersey Shore Area Joint Water Authority concur with the filing of the instant motion.

WHEREFORE, in accordance with Local Rule 7.8(b)(3), TVMA requests that the Court grant it leave to file a brief up to 35 pages long in support of its Motion to Dismiss.

          Respectfully submitted,

          BARLEY SNYDER

By:     */s/ Sarah L. Doyle*
    Michael J. Crocenzi, Esquire
    Attorney I.D. #66255
    mcrocenzi@barley.com
    Sarah L. Doyle, Esquire
    Attorney I.D. #321149
    sdoyle@barley.com
    100 East Market Street
    York, PA 17401
    Telephone (717) 846-8888
    *Counsel for Tiadaghton Valley Municipal Authority*

Date: August 27, 2025

13318439.1

## CERTIFICATE OF SERVICE

I certify that on this 27th day of August, 2025, the foregoing Motion was electronically filed and available for downloading from the ECF system and, pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document on the following parties who have consented to electronic service:

Dion Storm Holland
566 High Street
Jersey Shore, PA  17740
*Pro Se Plaintiff*


Sean P. McDonough, Esquire
Dougherty Leventhal & Price, LLP
459 Wyoming Avenue
Kingston, PA  18704
*Counsel for Defendant Jersey Shore
Area Joint Water Authority and Defendant Eric Johnston*

                                          Respectfully submitted,

                                          BARLEY SNYDER

                    By:    */s/ Sarah L. Doyle*
                              Michael J. Crocenzi, Esquire (#66255)
                              mcrocenzi@barley.com
                              Sarah L. Doyle, Esquire (#321149)
                              sdoyle@barley.com
                              100 East Market Street
                              York, PA  17401
                              Telephone (717) 846-8888
                              *Counsel for Tiadaghton Municipal Sewer Authority*

Date:  August 27, 2025

13318439.1