IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br>         Plaintiff, | Civil Action No. 4:25-cv-01323-DFB |
| v. | The Honorable Daryl F. Bloom |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities, | Electronically Filed |
|          Defendants. | |

**CERTIFICATE OF CONCURRENCE**

I, Sarah L. Doyle, Esquire, counsel for Defendant Tiadaghton Municipal Sewer Authority, certify that I contacted pro se Plaintiff, Dion Storm Holland, and Plaintiff and counsel for Jersey Shore Area Joint Water Authority and Eric Johnston and he concurs with the filing of the Motion to Exceed Page Limitation.

13318439.1

        Respectfully submitted,

        BARLEY SNYDER

By:     */s/ Sarah L. Doyle*
        Michael J. Crocenzi, Esquire (I.D. #66255)
        mcrocenzi@barley.com
        Sarah L. Doyle, Esquire (I.D. #321149)
        sdoyle@barley.com
        100 East Market Street
        York, PA  17401
        Telephone (717) 846-8888
        *Counsel for Tiadaghton Municipal Sewer Authority*

Date:  August 27, 2025

2

13318439.1