IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323-DFB |
| v. | : The Honorable Daryl F. Bloom <br> : (Chief U.S. Magistrate Judge) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : NOTICE OF IDENTIFICATION <br> : OF JOHN DOE DEFENDANT |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

**NOTICE OF IDENTIFICATION OF JOHN DOE DEFENDANT**

Plaintiff, Dion Storm Holland, pro se, respectfully submits this Notice to the Court and to counsel:

1. In his Amended Complaint, Plaintiff named several John Doe defendants who participated in or directed the unlawful termination and attempted termination of Plaintiff's water service.

2. Through investigation and service attempts, Plaintiff has confirmed that one of the previously unidentified John Doe defendants is Timothy Confair, an employee/agent of the Jersey Shore Area Joint Water Authority, who personally participated in the June 23rd, 2025 water shutoff at Plaintiff's residence.

3. Plaintiff therefore hereby identifies Timothy Confair as a named defendant, replacing one of the John Doe placeholders originally pled.

4. Plaintiff expressly reserves all rights to identify and serve the remaining John Doe defendants (currently denominated as John Does 2–5) as discovery progresses and their identities and roles are confirmed.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

566 High Street

Jersey Shore, PA 17740

(814) 574-9664

subarudion@gmail.com

Date: September 2, 2025,

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2025, I caused a true and correct copy of the foregoing Notice of Identification of John Doe Defendant, to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com


I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com