IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>    Plaintiff,<br><br>    v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>    Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

**AFFIDAVIT OF SHAWN LORSON, EXECUTIVE DIRECTOR OF TIADAGHTON VALLEY MUNICIPAL AUTHORITY**

I, Shawn Lorson, Affiant, hereby SWEAR and AFFIRM the following:

I am the Executive Director for the Tiadaghton Valley Municipal Authority ("TVMA"). I have oversight over the employees and agents of TVMA and am generally aware of all business conducted by TVMA.

TVMA does not have the physical capability to shut off a customer's water service. TVMA does not provide water service, and is only a sewer authority. TVMA's only connection to water service is that TVMA's sewer charge is included on the same invoice as Jersey Shore Area Joint Water Authority's

1

13339719.1

("JSAJWA") water service charge. JSAJWA administratively handles the billing and collection of payments for TVMA.

TVMA was not involved in the decision-making process that led to Mr. Holland's water service being terminated. TVMA receives the past due list each month but was not told specifically that Mr. Holland's service was going to be terminated.

Mr. Holland's sewer service was never disconnected or terminated.

No employee, agent or Board Member of TVMA was present at Mr. Holland's property on July 9, 2025, when he alleges there was a second attempt at water shutoff, or at any other time. To the best of my knowledge, the purpose of the visit to Mr. Holland's property on July 9, 2025 was to repair the shutoff valve at the curb, but Mr. Holland parked a vehicle over top of it, preventing access. Further, Mr. Holland's water service was not terminated a second time. Mr. Holland's property is currently still receiving water and sewer service. However, Mr. Holland has failed to pay his water and sewer bill since approximately March of 2025, and he had a history of late payments prior to that time.

_____
Shawn Lorson, Affiant

Sworn to and subscribed to before me this 2nd day of September, 2025

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
JENNIFER S. SNYDER, Notary Public
Lycoming County
My Commission Expires October 20, 2026
Commission Number 1228291

2

13339719.1