IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE DARYL F. BLOOM) |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY AND ERIC S. JOHNSTON'S MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR CIVIL CONTEMPT AND PERMANENT INJUNCTIVE RELIEF**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority and Eric S. Johnston, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for an enlargement of time of one day (24 hours) or until September 3, 2025, to file their brief in opposition to Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief, averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority

(hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging his civil rights were violated.

2. On July 21, 2025, Co-defendant Tiadaghton MSA filed a Notice of Removal with the Middle District of Pennsylvania. Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3. On August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named plaintiff, Moving Defendant Eric S. Johnston (hereinafter, "Johnston"). Summons were issued on August 6, 2025.

4. On August 14, 2025, Moving Defendants Jersey Shore and Johnston filed a Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants sought an enlargement of time to file their supporting brief to this Motion and on August 21, 2025, this Honorable Court granted said motion making Moving Defendants' supporting brief due on or before September 11, 2025.

5. On August 19, 2025, Plaintiff filed a Motion for Civil Contempt and Permanent Injunctive Relief along with a supporting brief. In processing that submission, undersigned counsel miscounted the number of days for Defendants' response and mis-calendared the deadline for their opposition brief as Thursday,

September 4, 2025 rather than today, September 2, 2025. As such, today is the deadline for the submission of an opposition brief.

6. Undersigned counsel contacted Plaintiff, Mr. Holland, who is pro se, by phone and he has graciously consented to a one day/24 hour extension of time for Moving Defendants to file their opposition to his Motion for Civil Contempt and Permanent Injunctive Relief.

WHEREFORE, Defendants Jersey Shore Joint Water Authority and Eric S. Johnston prays for the entry of an order granting their Motion for Enlargement of Time to File their Brief in Opposition of Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority & Eric S. Johnston
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he indicated that he does concur in same.

Date: September 2, 2025

s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore
and Johnston

## CERTIFICATE OF SERVICE

  I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 2nd day of September, 2025, I served the foregoing Motion for Enlargement of Time to File Jersey Shore Defendants' Brief in Opposition to Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief upon the persons indicated below as follows:

     Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

     Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

     Respectfully submitted,

     DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

     s/Sean P. McDonough
     _____
     SEAN P. McDONOUGH, ESQUIRE
     Attorney for Defendants Jersey Shore Area Jt.
     Water Authority and Eric S. Johnston