# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323-DFB |
| | : |
| | : The Honorable Daryl F. Bloom |
| | : (Chief U.S. Magistrate Judge) |
| v. | : |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, and TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, Defendants. | : PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN**

<u>**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**</u>

Plaintiff, Dion Storm Holland ("Plaintiff"), proceeding pro se, respectfully moves pursuant to Local Rule 7.8(b) for leave to file an oversized brief in opposition to Defendants' Motion to Dismiss (Doc. 19) and Brief in Support (Doc. 33). In support, Plaintiff states:

Defendants Tiadaghton Valley Municipal Authority, through counsel, sought and were granted leave to file a brief in excess of the 15-page / 5,000-word limitation

1

of Local Rule 7.8(b). (Doc. 31, Order granting leave). Their brief in support (Doc. 33) is thirty-eight (38) pages in length.

Plaintiff must respond to numerous factual assertions and legal arguments across thirteen (13) counts of the Amended Complaint, including constitutional claims, statutory claims under the ADA, and state-law claims.

In order to fairly and fully address Defendants' oversized brief, Plaintiff requires leave to file a single opposition brief not to exceed thirty-five (35) pages or approximately 10,000 words, exclusive of the table of contents, table of authorities, and signature block.

Granting this motion will ensure the Court has the benefit of a complete record and will not prejudice Defendants, who have already been granted similar relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order permitting Plaintiff to file an oversized opposition brief, not to exceed thirty-five (35) pages or approximately 10,000 words, exclusive of tables and signature block.

Dated: September 2nd, 2025

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2025, I caused a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, to be served by electronic filing through the Court's CM/ECF system, which constitutes servicem under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com

Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com

Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com