# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323-DFB |
| v. | : The Honorable Daryl F. Bloom (Chief U.S. Magistrate Judge) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION PURSUANT TO RULE 7.8(b)

AND NOW, this ___ day of _____, 2025, IT IS HEREBY ORDERED that Plaintiff Dion Storm Holland's Motion to Exceed Page Limitation is GRANTED. Plaintiff is permitted to file a Brief in Opposition up to 35 pages in length in response to Defendants' Motions to Dismiss.

BY THE COURT:

_____
Daryl F. Bloom Chief, U.S. Magistrate Judge