# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>    Plaintiff,<br><br>v.<br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br>and<br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br>    Defendants. | Civil Action No. 4:25-CV-01323-DFB<br><br>**The Honorable Daryl F. Bloom (Chief U.S. Magistrate Judge)**<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

## CERTIFICATE OF CONCURRENCE

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the Middle District of Pennsylvania, I hereby certify that I have sought the concurrence of opposing counsel in the accompanying Motion for Leave to File an Oversized Brief in Opposition to Defendant Tiadaghton Municipal Authority's Motion to Dismiss, and counsel for Defendants.

Respectfully submitted,
/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In Care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 / Subarudion@gmail.com