THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 : |
| Plaintiff, | : |
| | : (JUDGE MARTIN C. CARLSON) |
| vs. | : |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

## ORDER

AND NOW this __5th__ day of __September__, 2025, upon consideration of Defendants Jersey Shore Joint Water Authority and Eric S. Johnston's Motion for Enlargement of Time to File Their Brief in Opposition to Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief, it is hereby ORDERED AND DECREED that said Motion is GRANTED. Moving Defendants have a one day extension of time or until September 3, 2025, to file their Opposition Brief to Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief.

BY THE COURT:

_s/Martin C. Carlson_
                           J.