# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : **PLAINTIFF'S REQUEST FOR ISSUANCE OF RULE 45 SUBPOENA** |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## REQUEST FOR ISSUANCE OF RULE 45 SUBPOENA

Plaintiff, Dion Storm Holland, proceeding pro se, respectfully requests that the Clerk of Court issue the attached Rule 45 subpoena duces tecum directed to the Lycoming Regional Police Department, Custodian of Records, 1951 Green Avenue, Williamsport, PA 17701.

The subpoena seeks production of the following records:

1. Incident Report No. 2025002875 (June 25, 2025 – "Assist to Public"), including all related CAD logs, officer notes, dispatch communications, and supplemental records.

2. Incident Report No. 2025003133 (July 9, 2025 – "Miscellaneous"), including all related CAD logs, officer notes, dispatch communications, and

>supplemental records.
>
>The subpoena specifies a compliance date of October 1, 2025 at 12:00 AM due to the formatting limits of the AO 88B form. For clarity, Plaintiff requests that production be made on or before October 1, 2025.

This request is made pursuant to Fed. R. Civ. P. 45(a)(3). Plaintiff will serve notice of the subpoena on all parties as required by Rule 45(a)(4) prior to service on the non-party.

Respectfully submitted,

Date: 08/05/2025

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In Care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 / Subarudion@gmail.com