# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323-DFB |
| v. | : The Honorable Martin C. Carlson |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## ORDER GRANTING PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION PURSUANT TO RULE 7.8(b)

AND NOW, this 5th day of September, 2025, IT IS HEREBY ORDERED that Plaintiff Dion Storm Holland's Motion to Exceed Page Limitation is GRANTED. Plaintiff is permitted to file a Brief in Opposition up to 35 pages in length in response to Defendants' Motions to Dismiss.

BY THE COURT:
s/Martin C. Carlson
Martin C. Carlson U.S. Magistrate Judge