IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY AND ERIC S. JOHNSTON'S MOTION TO EXCEED WORD COUNT LIMITATION REGARDING THEIR BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority and Eric S. Johnston, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the entry of an order granting their Motion to Exceed Word Count Pursuant to L.R. 7.8(b) with respect to their Brief in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint, averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority

(hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging his civil rights were violated.

2. On July 21, 2025, Co-defendant Tiadaghton MSA filed a Notice of Removal with the Middle District of Pennsylvania. Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3. On August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named plaintiff, Moving Defendant Eric S. Johnston (hereinafter, "Johnston"). Summons were issued on August 6, 2025.

4. On August 14, 2025, Moving Defendants Jersey Shore and Johnston filed a Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Complaint fails to state a claim upon which relief can be granted. Defendants sought an enlargement of time to file their supporting brief to this Motion and on August 21, 2025, this Honorable Court granted said motion making Moving Defendants' supporting brief due on or before September 11, 2025. Undersigned counsel is currently in the process of preparing that brief.

5. Pursuant to Local Rule 7.8, a party must seek leave of Court to file a brief in excess of 5,000 words.

6. Plaintiffs' Amended Complaint is comprised of 124 paragraphs and contains 13 counts and 93 pages of exhibits. Based upon the claims alleged by Plaintiff and the issues to be addressed, moving defendants believe that their brief will exceed 5,000 words and are respectfully requesting an order allowing them to file a brief in excess of 5,000 words but not to exceed 10,000 words in length.

7. Undersigned counsel attempted to contact Plaintiff, Mr. Holland, pro se; however, he was unavailable and it is assumed that he does not concur. Additionally, undersigned counsel reached out to Sarah Doyle, Esquire, counsel for the co-defendant Tiadaghton Municipal Authority, and she concurs in this motion.

WHEREFORE, Defendants Jersey Shore Joint Water Authority and Eric S. Johnston prays for the entry of an order granting their Motion to Exceed Word Count with regard to their brief in support of their Motion to Dismiss Plaintiff's Amended Complaint.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority & Eric S. Johnston
PA ID# 47428
459 Wyoming Avenue

Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I attempted to contact Plaintiff Dion Storm Holland regarding his concurrence in this motion; however, he was unavailable and it is assumed that he does not concur.

Additionally, I did contact Sarah Doyle, Esquire, counsel for Co-defendant, regarding her concurrence in this motion and she indicated that she does concur in same.

Date: September 5, 2025                s/Sean P. McDonough
                                       Sean P. McDonough, Esquire
                                       Attorney for Defendants Jersey Shore
                                       and Johnston

# CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 5th day of September, 2025, I served the foregoing Motion to Exceed Word Count for Brief In Support of Their Motion to Dismiss Plaintiff's Amended Complaint upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt.
Water Authority and Eric S. Johnston