# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : (MAG. JUDGE CARLSON) |
| and | : PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT TIADAGHTON VALLEY MUNICIPAL AUTHORITY BRIEF IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendants Tiadaghton Valley Municipal Authority's Motion to Dismiss (Doc. 19) and Brief in Support (Doc. 33), and Plaintiff's Brief in Opposition thereto, it is hereby ORDERED that said Motion is DENIED in its entirety.

IT IS FURTHER ORDERED that Defendants shall file an Answer to Plaintiff's Amended Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

_____

Martin C. Carlson U.S. Magistrate Judge