## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Dion Holland** <subarudion@gmail.com>                                                                                  Mon, Aug 11 at 10:37 AM
To: Sean McDonough <smcdonough@dlplaw.com>
Cc: Kyra Cipriano <kcipriano@dlplaw.com>, Doyle, Sarah L. <sdoyle@barley.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Higgins, Sue <SHiggins@barley.com>

Subject: Clarification on "Non-Payment" Claim and Identification of John Doe Defendants

Counsel,

Regarding your recent correspondence suggesting "non-payment" as justification for any attempted shutoff, I believe our definitions of payment differ significantly. Under Black's Law Dictionary (4th ed.), payment is "the fulfillment of a promise, or the performance of an agreement." Your clients have yet to produce a valid, executed contract obligating me to perform, nor have they tendered any proper bill of exchange prior to July 12, 2025, per their own rules and applicable law. Without a contract or proper tender, there is no lawful basis to allege non-performance on my part.

Additionally, I note that your disclosure of only two names as potential John Doe Defendants is inconsistent with both the record and my own direct observations. For example:

Prior correspondence from your former counsel was directed to Shawn Lorson.

An unidentified bald gentleman was present and actively engaged during the June 30, 2025 hearing before Judge Carlucci.

These facts demonstrate that additional individuals within the Authority's management or decision-making chain meet the description of John Doe Defendants 1–5. I will require complete identification of all such persons so that service can be properly effected and discovery can proceed without unnecessary delay.

Be advised that any omission, concealment, or misrepresentation in your response may constitute a false statement of material fact, subject to sanctions under Fed. R. Civ. P. 11 and potential penalties under 18 U.S.C. § 1001.

Please confirm by return email the full list of individuals whose actions, communications, or decisions have contributed to the matters at issue in this litigation.


Respectfully,

Dion Storm Holland

Plaintiff, Pro Se


[Quoted text hidden]