THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

## ORDER

AND NOW, this  8th  day of    September   , 2025, upon consideration of the Jersey Shore Defendants' Motion To Exceed Word Count Limitations, it is hereby ORDERED and DECREED that the Jersey Shore Defendants' Brief in Support of their Motion to Dismiss Plaintiff's Amended Complaint shall not exceed 10,000 words in length.

BY THE COURT:

s/Martin C. Carlson
                              J.