# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| | : (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : |
| and | : PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT TIADAGHTON VALLEY MUNICIPAL AUTHORITY BRIEF IN OPPOSITION TO CIVIL CONTEMPT |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief, and after review of the parties' filings, it is hereby ORDERED that:

Defendant Tiadaghton Valley Municipal Authority's Motion to Dismiss Plaintiff's Contempt Petition is DENIED;

Defendants are hereby ENJOINED from terminating or interfering with Plaintiff's water service absent a judicial determination in compliance with applicable law; and

This Court shall retain jurisdiction to enforce this Order and ensure compliance.

IT IS SO ORDERED.

BY THE COURT:

_____
Martin C. Carlson U.S. Magistrate Judge