# Exhibit A



Dion Holland <subarudion@gmail.com>

---

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Dion Holland** <subarudion@gmail.com>  Fri, Aug 8 at 10:59 AM
To: Kyra Cipriano <kcipriano@dlplaw.com>
Cc: Doyle, Sarah L. <sdoyle@barley.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Sean McDonough <smcdonough@dlplaw.com>, Higgins, Sue <SHiggins@barley.com>

Subject: Identification of John Doe Defendants — Holland v. Jersey Shore Area Joint Water Authority, et al.

Counsel,

Pursuant to my obligations and rights under the Federal Rules of Civil Procedure, I am requesting identification of the John Doe 1–5 defendants named in my Amended Complaint.

These defendants are the unidentified employees, officers, agents, and/or board members of the Jersey Shore Area Joint Water Authority and Tiadaghton Municipal Authority who:

Authorized, directed, or participated in the shutoff of my water/sewer service on June 23, 2025,

Authorized, directed, or participated in the July 9th, 2025 attempted shutoff,

Communicated with or instructed law enforcement officers (including Capt. Cody Smith and Det. Justin Segura) to attend my property in relation to these shutoffs, and/or

Were otherwise directly involved in the violations alleged in the Amended Complaint (ECF No. 10).

These individuals were acting in the course and scope of their employment for your clients and their identities are reasonably available to you.

Please provide the full legal names, job titles, and last known work addresses of these individuals no later than five (5) business days from the date of this email so that proper service can be completed.

If you contend you do not know who these individuals are, please state that in writing and confirm whether you have made a reasonable inquiry of your clients as required by Rule 26(g).

Failure to comply may result in a motion to compel or other appropriate relief.

Respectfully,

Dion Storm Holland

[Quoted text hidden]

M Gmail                                                                                              Dion Holland <subarudion@gmail.com>

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Doyle, Sarah L.** <sdoyle@barley.com>                                                                      Fri, Aug 8 at 1:07 PM
To: Dion Holland <subarudion@gmail.com>, Kyra Cipriano <kcipriano@dlplaw.com>
Cc: Crocenzi, Michael J. <MCrocenzi@barley.com>, Sean McDonough <smcdonough@dlplaw.com>, Higgins, Sue <SHiggins@barley.com>

Mr. Holland,

We are not aware of any requirement to respond to the requests below at this time. However, in an effort to act in good faith and streamline litigation, I have requested the information below from my client, Tiadaghton Valley Municipal Authority ("TVMA"). Without waiving TVMA's right to object to any future requests in discovery, the response is that there were no board members, officers, agents, or employees of TVMA involved in any of the described conduct.

---

Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
T: 717-718-7590 | x7590 | F: 717-843-8492
Bio
https://www.barley.com/



**From:** Dion Holland <subarudion@gmail.com>

[Quoted text hidden]

M Gmail

Dion Holland <subarudion@gmail.com>

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Dion Holland** <subarudion@gmail.com>  Fri, Aug 8 at 1:36 PM
To: Doyle, Sarah L. <sdoyle@barley.com>
Cc: Kyra Cipriano <kcipriano@dlplaw.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Sean McDonough <smcdonough@dlplaw.com>, Higgins, Sue <SHiggins@barley.com>

Subject: Follow-Up: Identification of John Doe Defendants and Service Information

Counsel,

Thank you for your response. For the sake of clarity and to avoid any ambiguity, my request for identification applies to all named and unnamed defendants, including but not limited to:

Jersey Shore Area Joint Water Authority ("JSWA"),

Tiadaghton Valley Municipal Authority ("TVMA"),

Eric Johnston (individual capacity),

Any board members, officers, agents, employees, contractors, or other persons acting in concert or participation with JSWA or TVMA in connection with the conduct described in my Amended Complaint.

This request is not limited to TVMA alone, nor to a narrow interpretation of the "described conduct." It encompasses all individuals who participated directly or indirectly in the actions alleged in the pleadings, regardless of their current or former status.

Please confirm in writing:

1. The names and titles of such individuals.
2. The proper service addresses for each, including those you contend are no longer employed or affiliated with the entity.

Failure to provide this information will be noted for the record. Should this matter remain unresolved, I will raise it at the earliest opportunity under Fed. R. Civ. P. 26(f) and will seek relief under Rule 37 if necessary.

To ensure transparency, I am copying all counsel of record so that there is no misunderstanding as to the scope of this request.

Respectfully,

Dion Storm Holland

Plaintiff, pro se

[Quoted text hidden]



Dion Holland <subarudion@gmail.com>

---

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Doyle, Sarah L.** <sdoyle@barley.com>  Fri, Aug 8 at 1:46 PM
To: Dion Holland <subarudion@gmail.com>
Cc: Kyra Cipriano <kcipriano@dlplaw.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Sean McDonough <smcdonough@dlplaw.com>, Higgins, Sue <SHiggins@barley.com>

Mr. Holland,

I've reviewed your email below and am satisfied that TVMA has responded fully to your request. I do not represent any other defendants, so I cannot respond on their behalf. We can discuss further if needed during the Rule 26(f) conference.

---

Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
T: 717-718-7590 | x7590 | F: 717-843-8492
Bio

https://www.barley.com/



**From:** Dion Holland <subarudion@gmail.com>
**Sent:** Friday, August 8, 2025 1:36 PM
**To:** Doyle, Sarah L. <sdoyle@barley.com>
**Cc:** Kyra Cipriano <kcipriano@dlplaw.com>; Crocenzi, Michael J. <MCrocenzi@barley.com>; Sean McDonough <smcdonough@dlplaw.com>; Higgins, Sue <SHiggins@barley.com>
**Subject:** Re: Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

Subject: Follow-Up: Identification of John Doe Defendants and Service Information

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

Sarah L. Doyle, Esquire

100 East Market Street

York, PA 17401

# M Gmail

Dion Holland <subarudion@gmail.com>

---

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Dion Holland** <subarudion@gmail.com>  Mon, Aug 11 at 10:37 AM
To: Sean McDonough <smcdonough@dlplaw.com>
Cc: Kyra Cipriano <kcipriano@dlplaw.com>, Doyle, Sarah L. <sdoyle@barley.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Higgins, Sue <SHiggins@barley.com>

Subject: Clarification on "Non-Payment" Claim and Identification of John Doe Defendants

Counsel,

Regarding your recent correspondence suggesting "non-payment" as justification for any attempted shutoff, I believe our definitions of payment differ significantly. Under Black's Law Dictionary (4th ed.), payment is "the fulfillment of a promise, or the performance of an agreement." Your clients have yet to produce a valid, executed contract obligating me to perform, nor have they tendered any proper bill of exchange prior to July 12, 2025, per their own rules and applicable law. Without a contract or proper tender, there is no lawful basis to allege non-performance on my part.

Additionally, I note that your disclosure of only two names as potential John Doe Defendants is inconsistent with both the record and my own direct observations. For example:

Prior correspondence from your former counsel was directed to Shawn Lorson.

An unidentified bald gentleman was present and actively engaged during the June 30, 2025 hearing before Judge Carlucci.

These facts demonstrate that additional individuals within the Authority's management or decision-making chain meet the description of John Doe Defendants 1–5. I will require complete identification of all such persons so that service can be properly effected and discovery can proceed without unnecessary delay.

Be advised that any omission, concealment, or misrepresentation in your response may constitute a false statement of material fact, subject to sanctions under Fed. R. Civ. P. 11 and potential penalties under 18 U.S.C. § 1001.

Please confirm by return email the full list of individuals whose actions, communications, or decisions have contributed to the matters at issue in this litigation.

Respectfully,

Dion Storm Holland

Plaintiff, Pro Se

[Quoted text hidden]

 

Dion Holland <subarudion@gmail.com>

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Dion Holland** <subarudion@gmail.com>   Tue, Aug 19 at 8:57 AM
To: Doyle, Sarah L. <sdoyle@barley.com>
Cc: Kyra Cipriano <kcipriano@dlplaw.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Higgins, Sue <SHiggins@barley.com>, Sean McDonough <smcdonough@dlplaw.com>

Subject: Non-Concurrence on Motions / Clarification on Confair & Lorson

Counsel,

I acknowledge receipt of your notices regarding the intended Motions to Dismiss. Please be advised that I do not concur with such motions, and I will oppose them in due course. My position remains that the pleadings state actionable claims under both federal and state law.

Additionally, I am preparing to move forward with a Motion for Contempt based on Defendants' conduct following Judge Carlucci's June 30, 2025 Order. This motion will be filed imminently.

Further, I require clarification regarding Timothy Confair and Shawn Lorson: Mr. Confair was present with Mr. Johnston during the June 23, 2025 shutoff and appears to have played a role in the July 9, 2025 attempt as well. Please confirm whether he was acting under the Authority's direction and whether you will accept service for him at the Authority office.

Prior correspondence from your former counsel was directed to Mr. Lorson, and an individual matching his description was actively engaged during the June 30, 2025 hearing before Judge Carlucci. Please clarify his role and whether you will accept service for him.

For the avoidance of doubt, I intend to proceed with formal service on these individuals if confirmation is not forthcoming. This is necessary to ensure the record is complete and that discovery may proceed without obstruction or concealment.

[Quoted text hidden]