# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,  :<br>  :<br>  Plaintiff,  :<br>  :<br>  :<br>v.  :<br>  :<br>JERSEY SHORE AREA JOINT  :<br>WATER AUTHORITY,  :<br>  :<br>and  :<br>  :<br>TIADAGHTON VALLEY  :<br>MUNICIPAL AUTHORITY, ERIC  :<br>S. JOHNSTON, JOHN DOE 1-5 in  :<br>their individual capacities,  :<br>  :<br>  Defendants. | Civil Action No. 4:25-CV-01323<br><br>**The Honorable Keli M. Neary (JUDGE)**<br>**(MAG. JUDGE CARLSON)**<br><br>**PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT TIADAGHTON VALLEY MUNICIPAL AUTHORITY BRIEF IN OPPOSITION TO CIVIL CONTEMPT** |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief, and after review of the parties' filings, it is hereby ORDERED that:

Defendant Tiadaghton Valley Municipal Authority's Motion to Dismiss Plaintiff's Contempt Petition is DENIED;

Defendants are hereby ENJOINED from terminating or interfering with Plaintiff's water service absent a judicial determination in compliance with applicable law; and

This Court shall retain jurisdiction to enforce this Order and ensure compliance.

IT IS SO ORDERED.

BY THE COURT:

_____

Martin C. Carlson U.S. Magistrate Judge