# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : PLAINTIFF'S NOTICE OF COMPLIANCE |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | |

### NOTICE OF COMPLIANCE WITH CLERK'S DIRECTIVE

Plaintiff, Dion Storm Holland, respectfully submits this Notice of Compliance to inform the Court that, pursuant to the Clerk's docket annotation entered on September 9, 2025, regarding Docket No. 45, Plaintiff has refiled his Brief using the correct event. The Brief has been properly re-docketed as a Reply Brief in response to Defendants' Opposition to Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief.

This filing is made solely to confirm compliance with the Clerk's instructions and to ensure the docket accurately reflects the corrected submission.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se
In care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664
subarudion@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of September 2025, I caused a true and correct copy of the foregoing Notice Of Compliance with the Clerk of Court to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com


I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com