IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO.  4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY AND ERIC S. JOHNSTON'S SECOND MOTION  TO EXCEED WORD COUNT LIMITATION REGARDING THEIR BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority and Eric S. Johnston, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the entry of an order granting their Second Motion to Exceed Word Count Pursuant to L.R. 7.8(b) with respect to their Brief in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint, averring in support the following:

1. On September 5, 2025, Moving Defendants filed a motion for leave to file a brief in excess of 5,000 words regarding their brief in support of their

Motion to Dismiss Plaintiff's Amended Complaint (Doc. 42).

2. After finalizing the first draft of the brief and fastidiously editing the document, undersigned counsel realized he would need additional words to properly brief the matter as Plaintiffs' Amended Complaint contains 124 paragraphs and contains 13 counts and 93 pages of exhibits.

3. Undersigned counsel previously requested an additional 5,000 words for a total of 10,000 words. However, it has been determined that Defendants' brief will require an additional 12,000 words in order to properly address the issues raised.

4. Undersigned counsel attempted to contact Plaintiff, Mr. Holland, pro se; however, he was unavailable and it is assumed that he does not concur.

WHEREFORE, Defendants Jersey Shore Joint Water Authority and Eric S. Johnston prays for the entry of an order granting their Second Motion to Exceed Word Count with regard to their brief in support of their Motion to Dismiss Plaintiff's Amended Complaint.

                Respectfully submitted:

                DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                      s/Sean P. McDonough
By:   _____
       Sean P. McDonough, Esquire
       Attorney for Defendants Jersey Shore Area
       Jt. Water Authority & Eric S. Johnston

PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF NON-CONCURRENCE

    I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I attempted to contact Plaintiff Dion Storm Holland regarding his concurrence in this motion; however, he was unavailable and it is assumed that he does not concur.

Date: September 11, 2025　　　　　　　　　　s/Sean P. McDonough
　　　　　　　　　　　　　　　　　　　　　　Sean P. McDonough, Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants Jersey Shore
　　　　　　　　　　　　　　　　　　　　　　and Johnston

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 11th day of September, 2025, I served the foregoing Second Motion to Exceed Word Count for Brief In Support of Their Motion to Dismiss Plaintiff's Amended Complaint upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt.
Water Authority and Eric S. Johnston