THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO.  4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW, this 11th day of _____ September _____, 2025, upon

consideration of the Jersey Shore Defendants' Second Motion To Exceed Word

Count Limitations, it is hereby ORDERED and DECREED that the Jersey Shore

Defendants' Brief in Support of their Motion to Dismiss Plaintiff's Amended

Complaint shall not exceed 12,000 words in length.

BY THE COURT:

 s/Martin C. Carlson
                                                    J.