UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DION STORM HOLLAND,** | : | Civil No. 4:25-CV-1323 |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Judge Neary)** |
| v. | : | |
| | : | |
| **JERSEY SHORE AREA JOINT** | : | |
| **WATER AUTHORITY, et al.,** | : | **(Magistrate Judge Carlson)** |
| | : | |
| **Defendant.** | : | |

## MEMORANDUM AND ORDER

The background of this order is as follows:

The plaintiff, who is proceeding *pro se*, commenced this action by filing a complaint in state court which was removed by the defendants to federal court.(Doc. 1.) The defendants then filed motions to dismiss the *pro se* complaint. (Docs. 4, 5.) In response, the plaintiff filed an amended complaint. (Doc. 10.) We believe that this development has substantive significance for the parties with respect to the pending motions to dismiss the original complaint filed by the defendants (Docs. 4, 5) since, as a matter of law, an amended complaint takes the place of any prior complaint, effectively invalidating the prior complaint. Crysen/Montenay Energy Co. v. Shell Oil Co. (In re Crysen/Montenay Energy Co.), 226 F.3d 160, 162 (2d Cir. 2000) ("[A]n amended pleading ordinarily supersedes the original and renders it of no legal effect");

1

see 6 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice & Procedure § 1476 (2d ed. 1990) ("A pleading that has been amended ... supersedes the pleading it modifies.... Once an amended pleading is interposed, the original pleading no longer performs any function in the case...."). Therefore, since the original complaint is now a legal nullity the defendant's motions to dismiss the original complaint, (Docs. 4, 5), are DISMISSED as moot. Instead, we will proceed with consideration of the motions to dismiss the amended complaint, (Docs. 18, 19), as well as the plaintiff's motion for contempt and injunctive relief. (Doc. 21).

SO ORDERED, this 11th day of September 2025.

/s/ Martin C. Carlson
Martin C. Carlson
United States Magistrate Judge