# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| | : (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : PLAINTIFF'S NOTICE OF FILING CERTIFICATE OF SERVICE |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## NOTICE OF FILING CERTIFICATE OF SERVICE

Dated: September 12, 2025

Plaintiff hereby gives notice that the attached Certificate of Service for Plaintiff's Reply Brief in Opposition to Defendants' Motion to Dismiss Plaintiff's Motion for Civil Contempt and Permanent Injunctive Relief (Doc. 51) is being filed to complete the record.

Respectfully submitted,
/s/ Dion Storm Holland
Plaintiff, Pro Se