IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : |
| and | : PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF IN OPPOSITION |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff, proceeding pro se, respectfully moves this Honorable Court for leave to exceed the word/page limits set by Local Rule 7.8 in filing his forthcoming Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint (Doc. 18) and supporting brief (Doc. 49), and states as follows:

1. Defendants' supporting brief (Doc. 49) spans 62 pages and raises numerous arguments across constitutional, statutory, and procedural grounds.

2. In order to meaningfully and fairly respond to each of Defendants' arguments, Plaintiff requires additional pages beyond the standard limit set by Local Rule 7.8.

3. Plaintiff's response will not be needlessly repetitive but must address, section by section, the extensive case law and factual assertions contained in Defendants' oversized brief.

4. Plaintiff therefore respectfully requests leave to file a brief not to exceed 50 pages (or alternatively, 12,000 words) so that all arguments may be fully presented.

5. This request is made in good faith and not for purposes of delay. Granting this motion will aid the Court by ensuring a complete record and narrowing disputed issues for decision.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant leave for Plaintiff to file an oversized brief, not exceeding 50 pages (or 12,000 words), in opposition to Defendants' Motion to Dismiss the Amended Complaint.

Respectfully submitted,

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 subarudion@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September 2025, I caused a true and correct copy of the foregoing Plaintiff's Motion For Leave to File an Oversized Brief in Opposition to Defendants' Motion to Dismiss, together with the accompanying Proposed Order, Certificate of Non concurrence to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com