# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : |
| | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : (MAG. JUDGE CARLSON) |
| and | : **PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF IN OPPOSITION** |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## ORDER

AND NOW, this ___ day of September, 2025, upon consideration of Plaintiff's Motion for Leave to File Oversized Brief in Opposition to Defendants' Motion to Dismiss the Amended Complaint, IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff may file a brief in opposition not to exceed 50 pages or 12,000 words.

BY THE COURT

_____J.