# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>   Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>Defendants. | **Civil Action No**. 4:25-CV-01323<br><br>**The Honorable Keli M. Neary (JUDGE)**<br>**(MAG. JUDGE CARLSON)**<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF IN OPPOSITION** |

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, I, Dion Storm Holland, hereby certify that on September 15th, 2025, I contacted counsel for Defendants regarding my request for leave to file an oversized reply brief in opposition to Defendants' Motion to Dismiss the Amended Complaint.

As of the time of this filing, Defendants' counsel has not concurred in the relief requested.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com

Date September 15th, 2025