IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>    Defendants. | Civil Action No. 4:25-CV-01323<br><br>The Honorable Keli M. Neary (JUDGE)<br>(MAG. JUDGE CARLSON)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF IN OPPOSITION** |

**NOTICE OF CONCURRENCE**

Plaintiff, Dion Storm Holland, respectfully notifies the Court that, subsequent to the filing of his Certificate of Non-Concurrence (Doc. 54) regarding his Motion for Leave to File an Oversized Reply Brief in Opposition to Defendants' Motions to Dismiss (Doc. 54), counsel for all appearing Defendants, including Jersey Shore Area Joint Water Authority, Eric S. Johnston, and Tiadaghton Valley Municipal Authority, have confirmed their concurrence in Plaintiff's request.

Accordingly, Plaintiff submits this Notice so that the Court is aware that the relief requested is now unopposed.

Respectfully submitted,

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 subarudion@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2025, I caused a true and correct copy of the foregoing Notice of Concurrence to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com


I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com