IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : |
| | : Civil Action No. 4:25-CV-01323 |
| v. | : |
| | : The Honorable Keli M. Neary (JUDGE) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : (MAG. JUDGE CARLSON) |
| | : PLAINTIFF'S NOTICE |
| and | : OF IDENTIFICATION & |
| | : SERVICE OF DEFENDANT |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : TIMOTHY CONFAIR |
| Defendants. | : |

**NOTICE OF IDENTIFICATION AND SERVICE OF DEFENDANT TIMOTHY CONFAIR**

Plaintiff Dion Storm Holland hereby gives notice to the Court that Defendant Timothy Confair has been identified as the previously unnamed Doe defendant referenced in the pleadings.

On August 8, 2025, Defendants' counsel Sean P. McDonough confirmed in writing that Timothy Confair was one of the individuals who personally participated in the

termination of Plaintiff's water service, and that the Authority's address serves as his address for purposes of this litigation. (Exhibit A).

Pursuant to that representation, Plaintiff caused process to be served at the Jersey Shore Area Joint Water Authority on August 22, 2025, directed to Timothy Confair through service accepted by Eric Johnston, as authorized. Despite this service, no answer or other responsive pleading has been filed on behalf of Defendant Confair, and the time to do so has expired.

This Notice is filed to ensure the docket accurately reflects the identification and service of Defendant Confair, and to preserve all rights with respect to further relief, including default.

Respectfully submitted,

September 15th, 2025

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 subarudion@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2025, I caused a true and correct copy of the foregoing Notice of Identification, Exhibit A & Proposed Order to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com