# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
|    Plaintiff, | : |
| | : Civil Action No. 4:25-CV-01323 |
| | : |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| | : (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : |
| | : PLAINTIFF'S NOTICE OF IDENTIFICATION & SERVICE OF DEFENDANT TIMOTHY CONFAIR |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | |

## ORDER

AND NOW, this ___ day of September 2025, upon consideration of Plaintiff's Notice of Identification and Service of Defendant Timothy Confair, it is hereby ORDERED that the Clerk of Court shall update the docket to reflect Timothy Confair as a named Defendant in place of "John Doe 1."

    BY THE COURT:

                                                                   _____

                                                                           J.