# Exhibit A

# Gmail

Dion Holland <subarudion@gmail.com>

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Sean McDonough** <smcdonough@dlplaw.com>  
To: Dion Holland <subarudion@gmail.com>, Kyra Cipriano <kcipriano@dlplaw.com>  
Cc: Doyle, Sarah L. <sdoyle@barley.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Higgins, Sue <SHiggins@barley.com>, Kyra Cipriano <kcipriano@dlplaw.com>

Fri, Aug 8 at 3:24 PM

Mr. Holland:

On behalf of the Jersey Shore Joint Area Water Authority, the following individuals participated in the discontinuation of service for non-payment:

Eric Johnston;

Timothy Confair.

These individuals are employed by the JSJAWA and the Authority's address serves as their address for purposes of this litigation.

Thank you.

Sean

# Sean P. McDonough

Sean P. McDonough, Esquire

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

Phone 570-347-1011

Phone 570-288-1427

Fax 570-288-0799

smcdonough@dlplaw.com

Board Certified by the National Board of Trial Advocacy

Civil Action No.: 4:25–CV–01323–DFB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Timothy Confair__
was received by me on (date) __08/22/2025__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Eric Johnston__, who is
designated by law to accept service of process on behalf of (name of organization) __Jersey Shore Joint Area Water Authority__ on (date) __08/22/2025__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify): _____

My fees are $ __10.00__ for travel and $ __50.00__ for services, for a total of $ __60.00__.

I declare under penalty of perjury that this information is true.

__08/22/25__
Date

__Randall W Moon II__
Server's Signature

__Randall W Moon II__
Printed name and title

__519 Zinck Rd Jersey Shore PA 17740__
Server's Address

Additional information regarding attempted service, etc: