# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : **Civil Action No.** 4:25-CV-01323 |
| v. | : **The Honorable Keli M. Neary (JUDGE)** |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : **(MAG. JUDGE CARLSON)** |
| and | : **PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 49), and Plaintiff's Reply Brief in Opposition thereto, it is hereby ORDERED that said Motion is **DENIED in its entirety.**

IT IS FURTHER ORDERED that Defendants shall file an Answer to the Amended Complaint within fourteen (14) days of the date of this Order.

SO ORDERED.

       BY THE COURT:

                                 _____J.