# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
| Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| | : (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : PLAINTIFF'S NOTICE OF CERTIFICATES OF COMPLIANCE |
| and | : |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
| Defendants. | : |

## NOTICE OF FILING CERTIFICATES OF COMPLIANCE

Plaintiff, Dion Storm Holland, respectfully submits Certificates of Compliance for his briefs in opposition, consistent with Local Rule 7.8(b)(2) and this Court's Orders dated September 5, 2025 (TVMA) and September 15, 2025 (JSAJWA).

The Certificates confirm the word counts of Plaintiff's briefs and address the page limits authorized by the Court.

Respectfully submitted,

September 16, 2025
/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 subarudion@gmail.com