# CERTIFICATE OF COMPLIANCE

**Certificate of Compliance (TVMA Brief – Sept 5 Order)**

I, Dion Storm Holland, hereby certify pursuant to Local Rule 7.8(b)(2), Fed. R. Civ. P. 11, and this Court's Order dated September 5, 2025, that my Brief in Opposition to Tiadaghton Valley Municipal Authority's Motion to Dismiss filed on September 6th contains 8,726 words and 46 total pages, as counted by the word-processing system used to prepare it.

Of those 46 pages, approximately 38 pages comprise the substantive argument section, while the remaining pages consist of the Table of Contents, Table of Authorities, and Certificate of Service. The Court's Order authorized a 35-page limit, and Plaintiff respectfully notes that while the substantive portion slightly exceeds that number, this overage was expressly disclosed on the cover page of the brief. Plaintiff further submits that the filing remains well within the 12,000-word limit and is proportional to the complexity of the case and to Defendants' own oversize filings.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dated: September 16th, 2025