# CERTIFICATE OF COMPLIANCE

**Certificate of Compliance (JSAJWA Brief – Sept 15 Order)**

I, Dion Storm Holland, hereby certify pursuant to Local Rule 7.8(b)(2), Fed. R. Civ. P. 11, and this Court's Order dated September 15, 2025, that my Brief in Opposition to Jersey Shore Area Joint Water Authority's Motion to Dismiss filed on September 16th contains 9,152 words and 52 total pages, as counted by the word-processing system used to prepare it.

Of those 52 pages, approximately 45 pages comprise the substantive argument section, while the remaining pages consist of the Table of Contents, Table of Authorities, and Certificate of Service. The substantive portion of the brief is therefore within the 50-page limit authorized by the Court, and the total word count is well under the 12,000-word ceiling set by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dated: September 16th, 2025