**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DION STORM HOLLAND,<br>Plaintiff, | : | **Civil Action No**. 4:25-CV-01323 |
| v. | : | **The Honorable Keli M. Neary (JUDGE) (MAG. JUDGE CARLSON)** |
| JERSEY SHORE AREA JOINT WATER AUTHORITY,<br>and<br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br>Defendants. | : | **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TIMOTHY CONFAIR FED. R. CIV. P. 55(a)** |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST**

**DEFENDANT TIMOTHY CONFAIR**

Plaintiff, Dion Storm Holland, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully demands entry of default against Defendant Timothy Confair for failure to plead or otherwise defend in this action.

In support, Plaintiff states as follows:

1. Plaintiff filed an Amended Complaint naming John Doe defendants, subsequently identified as including Defendant Timothy Confair.

2. On August 22, 2025, Plaintiff caused a Summons and Amended Complaint to be served upon Defendant Confair at the Jersey Shore Area Joint Water Authority, 1111 Bardo Avenue, Jersey Shore, PA 17740. Service was accepted by Eric Johnston as authorized. (See Docs. 30, 56).

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Confair was required to serve an Answer or responsive pleading within twenty-one (21) days, or by September 12, 2025.

4. As of this filing, no Answer, Motion, or other responsive pleading has been filed on Defendant Confair's behalf, and the time for doing so has expired.

5. To the best of Plaintiff's knowledge, Defendant Confair is not a minor, incompetent, or currently serving in the military.

6. Defense counsel has entered appearances only on behalf of Jersey Shore Area Joint Water Authority and Eric S. Johnston. The signature block in Defendants' briefing confirms this limitation of representation. (See Doc. 49 at p. 49). No appearance or filing has ever been made for Defendant Confair.

7. Accordingly, Defendant Confair has failed to plead, appear, or otherwise defend as required by the Federal Rules of Civil Procedure, and entry of default is proper.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant Timothy Confair pursuant to Fed. R. Civ. P. 55(a).

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com

Date September 17th, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September 2025, I caused a true and correct copy of the foregoing Plaintiffs Request for Entry of Default and Supporting Affidavit to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record I further Served a true and correct copy to unrepresented defendant by Certified Mail.

Timothy Confair

c/o Jersey Shore Area Joint Water Authority

1111 Bardo Avenue

Jersey Shore, PA 17740

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com

Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com

Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401
E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In Care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 subarudion@gmail.com