## Affidavit of Plaintiff in Support of Entry of Default

DION STORM HOLLAND v. JERSEY SHORE AREA JOINT WATER AUTHORITY, et al.

Civil Action No. 4:25-cv-01323-KMN-MCC

I, Dion Storm Holland, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action.

2. Defendant Timothy Confair was identified as a John Doe defendant and is a party to this action.

3. On August 22, 2025, I caused a Summons and Amended Complaint to be served upon Defendant Confair through service at the Jersey Shore Area Joint Water Authority, 1111 Bardo Avenue, Jersey Shore, PA 17740, accepted by Eric Johnston as authorized. (See Docs. 30 & 56).

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Confair was required to file an Answer or responsive pleading within twenty-one (21) days, or by September 12, 2025.

5. As of the date of this Affidavit, no Answer, Motion, or other responsive pleading has been filed on Defendant Confair's behalf, and the time for doing so has expired.

6. To the best of my knowledge, Defendant Confair is not a minor, incompetent, or presently serving in the military.

7. While defense counsel has filed motions on behalf of Jersey Shore Area Joint Water Authority and Eric S. Johnston, counsel has never entered an appearance for Timothy Confair, nor has any filing been made on Confair's behalf. The signature block of counsel's brief in support of Defendants' Motion to Dismiss confirms representation only of the Authority and Johnston (see Doc. 49 at p. 49). Accordingly, Confair has not pled, appeared, or otherwise defended as required by Fed. R. Civ. P. 12(a), and he is in default.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2025.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com

Case 4:25-cv-01323-KMN-MCC    Document 60-1    Filed 09/17/25    Page 3 of 3