# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, | : |
|    Plaintiff, | : Civil Action No. 4:25-CV-01323 |
| v. | : The Honorable Keli M. Neary (JUDGE) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : (MAG. JUDGE CARLSON) |
| and | : PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TIMOTHY CONFAIR FED. R. CIV. P. 55(a) |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : |
|    Defendants. | : |

## CLERK'S ENTRY OF DEFAULT

It appearing that Defendant Timothy Confair was duly served with the Summons and Amended Complaint on August 22, 2025 (Docs. 30, 56), and that said Defendant has failed to plead or otherwise defend within the time allowed by law, default is hereby entered against Defendant Timothy Confair pursuant to Fed. R. Civ. P. 55(a).

So entered this ___ day of September, 2025.


Clerk of Court