IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANT TIMOTHY CONFAIR'S RESPONSE TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST HIM**

AND NOW, comes the Defendant Timothy Confair, by and through his counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the entry of an order dismissing Plaintiff's Request for An Entry of Default Judgment (Do. 60), averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority (hereinafter, "JSAJWA") and Tiadaghton Valley Municipal Authority ("TVMA") alleging his civil rights were violated.

2. On July 21, 2025, Co-defendant TVMA filed a Notice of Removal with the Middle District of Pennsylvania and on August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named defendant, Eric S. Johnston (hereinafter, "Johnston"). Summons were issued on August 6, 2025 to Eric Johnson and John Joe Defendants (Doc. 16).

3. On August 14, 2025, Defendants JSAJWA and Johnston filed a Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. No. 12(b)(6). After seeking an enlargement of time to file their supporting brief, said defendants filed their brief in support of their motion to dismiss on September 11, 2025. Co-Defendant TVMA also filed a Motion to Dismiss on August 15, 2025.

4. On August 22, 2025, Plaintiff filed a document entitled "Summons Returned Executed by Dion Storm Holland" (Doc. 30) wherein he names Timothy Confair as John Doe Defendant). However, no summons was actually issued to Timothy Confair by the Court.

5. Replacing the name John Doe with a party's real name amounts to the changing of a party or the naming of a party under Federal Rule of Civil Procedure 15(c). <u>Garvin v. City of Philadelphia</u>, 354 F.3d 215 (3d Cir. 2003). Under F.R.C.P. Rule 15(a), a party may amend its pleading once as a matter of course which Holland has already done. Pursuant to F.R.C.P. 15(a)(2), in all other cases, a party may amend its pleading only with the opposing party's written consent or the

court's leave. In this particular case, while the docket reflects that Plaintiff filed a document (Doc. 30) referred to by him as a "summons" it was not issued by Court naming or identifying Confair as a defendant. Additionally, there was never a properly filed Second Amended Complaint naming Confair as a party defendant which is the only event that would trigger default proceedings under Federal Rule 55.

6. As Plaintiff has failed to follow F.R.C.P. 15(a)(2), his motion for Default against Defendant Confair should be dismissed.

WHEREFORE, Defendant Confair prays for the entry of an order denying Plaintiff's Motion for Entry of Default Judgment against him.

        Respectfully submitted:

        DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

        s/Sean P. McDonough
By: _____
        Sean P. McDonough, Esquire
        Attorney for Defendants Jersey Shore Area
        Jt. Water Authority & Eric S. Johnston
        PA ID# 47428
        459 Wyoming Avenue
        Kingston, PA 18704
        Phone (570) 347-1011 or 570-288-1427
        Fax (570) 347-7028 or 570-288-7099
        smcdonough@dlplaw.com

# CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 17th day of September, 2025, I served the foregoing Response to Plaintiff's Motion for Entry of Default Judgment upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt. Water Authority, Eric S. Johnston and Timothy Confair