IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY ERIC S. JOHNSON AND TIMOTHY CONFAIR'S MOTION FOR TELEPHONIC CONFERENCE WITH THE COURT**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority, Eric S. Johnson and Timothy Confair, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the entry of an order scheduling a telephonic conference with the Court to discuss Plaintiff's recent motion for default judgment, averring in support the following:

1. On September 17, 2025, Plaintiff filed a Request for Entry of Default Against Defendant Timothy Confair (Doc. 30). Timothy Confair is not named in

Plaintiff's Amended Complaint (Doc. 10) which is the operative pleading in this action.

2. As the undersigned is counsel for Defendant Jersey Shore Area Joint Water Authority ("JSAJWA") and Mr. Confair is employed by JSAJWA I have filed a response to Plaintiff's Notice of Default on Mr. Confair's behalf.

3. In light of the unusual procedural posture of this notice of default and Mr. Holland's status as a pro se litigant, counsel for JSAJWA is requesting a telephone conference with all parties and the Court to address this issue.

4. If the Court is inclined to grant this Motion, please note that undersigned counsel is out of the office today and tomorrow (September 17 and 18) due to a death in the family.

5. Undersigned counsel attempted to contact Plaintiff, Mr. Holland, pro se; however, he was unavailable and it is assumed that he does not concur. Additionally, undersigned counsel was able to contact Sarah Doyle, Esquire, counsel for the co-defendant Tiadaghton Municipal Authority; and she concurs in this motion.

WHEREFORE, Defendants Jersey Shore Area Joint Water Authority, Eric Johnston and Timothy Confair pray for the entry of granting their Motion for a Phone Conference with the Court.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By:  s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority, Eric S. Johnston and
Timothy Confair
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

# CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I attempted to contact Plaintiff Dion Storm Holland regarding his concurrence in this motion; however, he was unavailable and it is assumed that he does not concur.

Additionally, I did contact Sarah Doyle, Esquire, counsel for Co-defendant, regarding her concurrence in this motion and she indicated that she does concur in same.

Date: September 17, 2025                     s/Sean P. McDonough
                                                                                          Sean P. McDonough, Esquire
                                                                                          Attorney for Defendants Jersey Shore, Johnston and Confair

# CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 17th day of September, 2025, I served the foregoing Motion for Telephonic Conference with the Court upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt. Water Authority, Eric S. Johnston and Timothy Confair