THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

## ORDER

AND NOW, this \_\_\_\_ day of _____, 2025, upon consideration of the Jersey Shore Defendants' Motion for a Telephonic Conference with the Court, it is hereby ORDERED and DECREED that a phone conference is scheduled with the Court to take place on _____, 2025 at _____. The call in number for the Court is: _____.

BY THE COURT:

_____
J.