# Exhibit A



Dion Holland <subarudion@gmail.com>

## Holland v. Jersey Shore Area Jt. Water Authority & Tiadaghton Mun. Sewer Authority

**Sean McDonough** <smcdonough@dlplaw.com>  Fri, Aug 8 at 3:24 PM
To: Dion Holland <subarudion@gmail.com>, Kyra Cipriano <kcipriano@dlplaw.com>
Cc: Doyle, Sarah L. <sdoyle@barley.com>, Crocenzi, Michael J. <MCrocenzi@barley.com>, Higgins, Sue <SHiggins@barley.com>, Kyra Cipriano <kcipriano@dlplaw.com>

Mr. Holland:

On behalf of the Jersey Shore Joint Area Water Authority, the following individuals participated in the discontinuation of service for non-payment:

Eric Johnston;

Timothy Confair.

These individuals are employed by the JSJAWA and the Authority's address serves as their address for purposes of this litigation.

Thank you.

Sean

# Sean P. McDonough

Sean P. McDonough, Esquire

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

Phone 570-347-1011

Phone 570-288-1427

Fax 570-288-0799

smcdonough@dlplaw.com

Board Certified by the National Board of Trial Advocacy

# UNITED STATES DISTRICT COURT
for the
# MIDDLE DISTRICT OF PENNSYLVANIA

DION STORM HOLLAND

*Plaintiff*

v.

JERSEY SHORE AREA JOINT WATER AUTHORITY, ET AL.

*Defendant*

Civil Action No.:
4:25−CV−01323−DFB
Hon. Daryl F. Bloom

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

SEE COMPLAINT   Timothy Confair
c/o 1111 Bardo Avenue
Jersey Shore PA, 17740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER J. WELSH

*CLERK OF COURT*

s/ − Kevin Neary

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2025−08−06 12:00:19, Clerk USDC MDPA

Civil Action No.: 4:25–CV–01323–DFB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __Timothy Confair__
was received by me on (date) __08/22/2025__.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) __Eric Johnston__, who is designated by law to accept service of process on behalf of (name of organization) __Jersey Shore Joint Area Water Authority__ on (date) __08/22/2025__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify) :

My fees are $ __10.00__ for travel and $ __50.00__ for services, for a total of $ __60.00__.

I declare under penalty of perjury that this information is true.

__08/22/25__
Date

__Randall W Moon II__
Server's Signature

__Randall W Moon II__
Printed name and title

__519 Zinch Rd Jersey Shore PA 17740__
Server's Address

Additional information regarding attempted service, etc: