# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, <br><br> Plaintiff, <br><br> v. <br><br> JERSEY SHORE AREA JOINT WATER AUTHORITY, <br><br> and <br><br> TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, <br><br> Defendants. | **Civil Action No.** 4:25-CV-01323 <br><br> **The Honorable Keli M. Neary (JUDGE)** <br> **(MAG. JUDGE CARLSON)** <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANT TIMOTHY CONFAIR RESPONSE TO PLAINTIFFS REQUEST FOR ENTRY OF DEFAULT** |

## ORDER

AND NOW, this ___ day of September 2025, upon consideration of Defendant Timothy Confair's Response (Doc. 62) and Plaintiff's Opposition, it is hereby ORDERED that:

1. Defendant's Response (Doc. 62) is DENIED;
2. Defendant's Response is STRICKEN for failure to comply with Local Rule 7.1;
3. The Clerk shall ENTER DEFAULT against Defendant Timothy Confair pursuant to Fed. R. Civ. P. 55(a); and
4. The Court shall consider further sanctions against defense counsel for bad-faith conduct.

BY THE COURT:

_____ J.