# Exhibit B

# EXHIBIT A
## PROJECT SPECIFIC TERMS

**Loan Number:** 71391  **Project Number:** 41054021108-CS  **Current Status:** Loan Closing
**Project Title:** Tiadaghton Vly MA - Wastewater Treatment and Conveyance Facilities
**Funding Recipient:** Tiadaghton Valley Municipal Authority

**Project Specific Terms**

Amended Date:                                   Amendment Number:

**Approved Funding Amount**

Loan Amount: $14,146,008.00                     Grant Amount: $3,717,312.00

**Approved Loan Interest Rates and Term:**

Years 1-5:  1.000                               Interest Only Period:      36 months

Years 5+:   1.000                               Amortization Period:       316 months

---

**Funding Sources:**

Loan:   CWSRF-E - Federal Clean Water State Revolving Fund Equivalency Project (treatment works (212))

Grant:  State - Any state grant funds

**Project Collateral:**

| Type | Description |
|---|---|
| 1. Lien on Revenues | The bond of Tiadaghton Valley Municipal Authority secured by a lien on its sewer revenues. |
| 2. Other | The pro rata guaranties of Nippenose Township, Porter Township, and Jersey Shore Borough, secured by a pledge of their respective taxing authorities based on the percentage of the number of residential customers that are projected to reside in each municipality. This pro rata percentage breakdown presented in the application is as follows: Nippenose Township, (25.0%), Porter Township (20.0%), amd Jersey Shore Borough (55.0%). The aggregate of these pro rata guarantees shall not be less than 100% of the approved PENNVEST loan. |

**Special Conditions:**

3. Adoption of a resolution prior to Settlement providing that Tiadaghton Valley Municipal Authority has sufficient rates in place or has provided for the implementation of such rates within three months of the scheduled amortization date as defined at Settlement, where such rates shall cover all operational and maintenance costs, the debt service on the PENNVEST Loan and the debt service on all other outstanding debt of the Funding Recipient.

4. Prior to settlement on this PENNVEST funding offer, Tiadaghton Valley Municipal Authority shall complete settlement on the applicable assumption documents related to the Authority's assumption of the PENNVEST sewer construction loan (ME # 74123), originally made to Jersey Shore Borough.

5. Receipt of the annual audited financial statements of Tiadaghton Valley Municipal Authority for the term of the PENNVEST loan and the "Annual Audit and Financial Report" as submitted to the Department of Community and Economic Development (DCED Reports) of Nippenose Township, Porter Township and Jersey Shore Borough, until the Authority begins collecting sewer revenues.

**Full Description of the Project Collateral Subject to Lien as Identified Above:**

PENNVEST is taking a lien on all sewer revenues of the Tiadaghton Valley Municipal Authority including all receipts and revenuess generated from all sanitary sewage colection, transportation and disposal system facilities now or hereafter owned, operated or maintained by the Authority.

# EXHIBIT B
# LIST OF LIENS

**Loan Number:** 71391   **Project Number:** 41054021108-CS   **Current Status:** Loan Closing
**Project Title:** Tiadaghton Vly MA - Wastewater Treatment and Conveyance Facilities
**Funding Recipient:** Tiadaghton Valley Municipal Authority

## Background Information

| | |
|---|---|
| Fiscal Year End date for Financial Statements (MM/DD) | 12/31 |
| Is the Funding Recipent regulated by the Public Utility Commission (PUC)? | No |
| Has or does the Funding Recipient intend to interim finance the costs of the Project using funds borrowed from an entity other than PENNVEST? | Yes |
| Has or does the Funding Recipient intend to use the proceeds of the PENNVEST funding to reimburse its own funds which have been or will be used to pay for eligible construction costs associated with the Project? | Yes |

## List of Liens

1. 2012 PennVest Debt Obligation (#74123): guaranteed sewer revenue note in the principal amount of $1,153,437.37, issued on October 31, 2012, by the Authority to PennVest, pledging revenues of the Authority's Sewer System to PennVest on a first-lien basis.

2. Guaranteed Sewer Revenue Note, Series of 2012: line of credit in the maximum principal amount of $5,000,000, dated September 24, 2012, from the Authority to Jersey Shore State Bank, pledging sewer system revenues of the Authority to Jersey Shore State Bank on a subordinate-lien basis, as interim financing for the Authority's PennVest-funded sewer project.