# Exhibit C



## EXHIBIT G
## LIST OF LITIGATION

**Loan Number:**    12830        **Project Number:** 411688162409-CW        **Current Status:** Loan Closing

**Project Title:**    Jersey Shore Area Joint Water Authority - Larrys Creek Water Treatment Plant

**Recipient:**    Jersey Shore Area Joint Water Authority

### List of Litigation

A customer has filed a pro se civil rights claim against the Authority as a result of the termination of his water service for nonpayment of his water bill. The insurance carrier has assumed coverage. The case has been removed to federal court. A favorable outcome is expected. The litigation is not anticipated to adversely affect the repayment of the debt, the completion of the Project or the operation and maintenance of the Project