# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>   Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>Defendants. | **Civil Action No.** 4:25-CV-01323<br><br>**The Honorable Keli M. Neary (JUDGE)**<br>**(MAG. JUDGE CARLSON)**<br><br>**PLAINTIFF'S JUDICIAL NOTICE AND RESPONSE TO DEFENDANTS' MISREPRESENTATIONS** |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Judicial Notice of Contractual Obligations, Federal Funding Requirements, and Events of Default, and Exhibits A–C attached thereto, IT IS HEREBY ORDERED that:

1. The Court takes Judicial Notice of the following:

    a. PennVEST Contract No. 71391 (Tiadaghton Valley Municipal Authority, executed November 20, 2012, continuing through October 1, 2040), including its Federal Requirements, Indemnity Clause, Events of Default, and List of Liens.

    b. PennVEST Contract No. 12830 (Jersey Shore Area Joint Water Authority, executed September 4, 2025, continuing through October 1, 2047), specifically Exhibit G – List of Litigation, which discloses the

existence of this federal civil rights action and insurance coverage thereof.

2. The Court recognizes that Defendants are recipients of federal funding and are therefore bound by federal statutes and obligations, including but not limited to:

    Americans with Disabilities Act (42 U.S.C. § 12101 et seq.)

    Section 504 of the Rehabilitation Act (29 U.S.C. § 794)

    Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d)

    Related Executive Orders and statutory requirements incorporated into PennVEST agreements.

3. The Court further finds that any representations to the contrary made by Defendants or their counsel constitute misstatements of material fact.

IT IS SO ORDERED.

    BY THE COURT:

                                          _____

                                                                             J.