UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DION STORM HOLLAND,** | : | Civil No. 4:25-CV-1323 |
| | : | |
| Plaintiff, | : | |
| | : | (Judge Neary) |
| v. | : | |
| | : | |
| **JERSEY SHORE AREA JOINT** | : | |
| **WATER AUTHORITY, et al.,** | : | (Magistrate Judge Carlson) |
| | : | |
| Defendant. | : | |

# MEMORANDUM AND ORDER

The background of this order is as follows:

The plaintiff, who is proceeding *pro se*, commenced this action by filing a complaint in state court which was removed by the defendants to federal court.(Doc. 1.) The defendants then filed motions to dismiss the *pro se* complaint. (Docs. 4, 5.) In response, the plaintiff filed an amended complaint. (Doc. 10.)

That amended complaint named several John Doe defendants. Subsequently it appears that discovery identified one of these John Doe defendants as Timothy Confair, but Mr. Confair is not named as a party-defendant in the amended complaint. Notwithstanding this fact, the plaintiff endeavored to serve Mr. Confair and has requested entry of default against him. (Doc. 30).

These events inspired the defendants to file a motion seeking guidance regarding how the parties should proceed. (Doc. 63). This motion is GRANTED in part as follows: As we read Rules 15 and 55, the rules only contemplate entry of default judgments against named parties. Therefore, in order to clarify the statue of Mr. Confair IT IS ORDERED that on or before **January 21, 2026**, the plaintiff shall move to amend his complaint to name Mr. Confair as a defendant. The defense may then respond to this motion, or the amended complaint, on behalf of Mr. Confair in accordance with the Federal Rules of Civil Procedure.

SO ORDERED, this 7th day of January 2026.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge