# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>   Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>   Defendants. | Civil Action No. 4:25-CV-01323<br><br>The Honorable Keli M. Neary (JUDGE)<br>(MAG. JUDGE CARLSON)<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Dion Storm Holland, proceeding pro se, respectfully moves this Court for leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and the Court's January 7, 2026 Memorandum and Order, and states as follows:

1. Plaintiff timely seeks leave to amend in compliance with the Court's Order directing amendment on or before January 21, 2026.

2. The proposed Second Amended Complaint formally names Timothy Confair as a defendant, whose identity and role were not fully known at the time the Amended Complaint was filed.

3. The proposed amendment does not assert unrelated claims, is not made in bad faith, will not cause undue delay, and will not prejudice Defendants.

4. Leave to amend should be freely granted where, as here, amendment is court-directed and promotes resolution of the action on the merits.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint and direct Defendants to respond in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

/ s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street, Jersey Shore, Pennsylvania,17740

subarudion@gmail.com | (814) 574-9664

Dated: January 14th, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January 2026, I caused a true and correct copy of the foregoing (PLAINTIFFS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT and PROPOSED ORDER) to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com