IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DION STORM HOLLAND, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 4:25-CV-01323 |
| v. | : | |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | : | The Honorable Keli M. Neary |
| | : | (JUDGE) |
| and | : | (MAG. JUDGE CARLSON) |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, JOHN DOE 1-5 in their individual capacities, | : | PROPOSED ORDER |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

AND NOW, this ___ day of January 2026, upon consideration of Plaintiff's Motion for Leave to File Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and in accordance with the Court's prior Order directing amendment, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.

2. The Clerk of Court is directed to file the Second Amended Complaint attached to Plaintiff's motion.

3. Defendants shall answer or otherwise respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure.

BY THE COURT:

_____

J.