IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY,<br><br>ERIC JOHNSTON,<br><br>TIMOTHY CONFAIR,<br><br>and<br><br>JOHN DOE 1-5 in their individual capacities,<br><br>　　　　Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

## **<u>DEFENDANT'S PARTIAL MOTION TO DISMISS COMPLAINT</u>**

Defendant, Tiadaghton Valley Municipal Authority, through its undersigned counsel, move the Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Counts I and IV through XIII and certain requests for relief from Plaintiff Dion Storm Holland's Second Amended Complaint. The reasons for this motion are fully explained in the forthcoming brief in support of this motion, which shall be filed within fourteen days pursuant to Local Rule 7.5.

13856567.1

WHEREFORE, Defendant TVMA respectfully requests that Counts I and IV through XIII and certain requests for relief in the Second Amended Complaint be dismissed pursuant to F.R.C.P. 12(b)(6).

Respectfully submitted,

BARLEY SNYDER

By:     */s/ Sarah L. Doyle*
Michael J. Crocenzi, Esquire
Attorney I.D. #66255
mcrocenzi@barley.com
Sarah L. Doyle, Esquire
Attorney I.D. #321149
sdoyle@barley.com
100 East Market Street
York, PA  17401
Telephone (717) 846-8888
*Counsel for Tiadaghton Valley Municipal Authority*

Date: February 3, 2026

13856567.1

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of February, 2026, the foregoing Motion to Dismiss was electronically filed and available for downloading from the ECF system and, pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document on the following parties who have consented to electronic service:

Sean P. McDonough, Esquire
Dougherty Leventhal & Price, LLP
75 Glenmaura National Boulevard
Moosic, PA  18507
*Counsel for Defendant Jersey Shore
Area Joint Water Authority and Eric Johnston*

and by first-class mail, postage prepaid to:

Dion Storm Holland
566 High Street
Jersey Shore, PA  17740
*Pro Se Plaintiff*

                Respectfully submitted,

                BARLEY SNYDER

By:     */s/ Sarah L. Doyle*
       Michael J. Crocenzi, Esquire (#66255)
       mcrocenzi@barley.com
       Sarah L. Doyle, Esquire (#321149)
       sdoyle@barley.com
       100 East Market Street
       York, PA  17401
       Telephone (717) 846-8888
       *Counsel for Tiadaghton Valley Municipal Authority*

Date:  February 3, 2026