IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>        Plaintiff,<br><br>   v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY,<br><br>ERIC JOHNSTON,<br><br>TIMOTHY CONFAIR,<br><br>and<br><br>JOHN DOE 1-5 in their individual capacities,<br><br>        Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

## **ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS**

     AND NOW, this _____ day of _____, 2026, upon consideration of Defendant's Partial Motion to Dismiss, and Plaintiff's response, the Defendant's Motion is GRANTED. Counts I and IV through XIII of Plaintiff Dion Storm Holland's Second Amended Complaint and the requests for injunctive and declaratory relief and punitive damages are DISMISSED.

                                                       BY THE COURT:

                                                 _____
                                                                                     J.

13856567.1