IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | |
| Plaintiff, | |
| v. | Civil Action No. 4:25-cv-01323-DFB |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, | The Honorable Daryl F. Bloom |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, | Electronically Filed |
| ERIC JOHNSTON, | |
| TIMOTHY CONFAIR, | |
| and | |
| JOHN DOE 1-5 in their individual capacities, | |
| Defendants. | |

## CERTIFICATE OF NON-CONCURRENCE AND CONCURRENCE

I, Sarah L. Doyle, Esquire, counsel for Defendant Tiadaghton Valley Municipal Authority, certify that I contacted *pro se* Plaintiff, Dion Storm Holland, and Plaintiff does not concur with the Motion to Dismiss. Counsel for Jersey Shore Area Joint Water Authority, Eric Johnston and Timothy Confair concurs with the Motion.

13856567.1

        Respectfully submitted,

        BARLEY SNYDER

By:    */s/ Sarah L. Doyle*
      Michael J. Crocenzi, Esquire (#66255)
      mcrocenzi@barley.com
      Sarah L. Doyle, Esquire (#321149)
      sdoyle@barley.com
      100 East Market Street
      York, PA  17401
      Telephone (717) 846-8888

Date: February 3, 2026

13856567.1