IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>          Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY,<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY,<br><br>ERIC JOHNSTON,<br><br>TIMOTHY CONFAIR,<br><br>and<br><br>JOHN DOE 1-5 in their individual capacities,<br><br>          Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

**DEFENDANT TIADAGHTON VALLEY MUNICIPAL AUTHORITY'S
<u>MOTION TO EXCEED PAGE LIMITATION</u>**

COMES NOW, Defendant Tiadaghton Valley Municipal Authority ("TVMA"), by its undersigned counsel, and for the reasons set forth below, requests an Order granting it leave to exceed the page limitation set forth in Local Rule 7.8(b):

1.    Plaintiff Dion Storm Holland ("Plaintiff") filed a Complaint and Motion for Injunctive Relief on or about June 27, 2025 in the Court of Common Pleas for Lycoming County, Pennsylvania.

13857125.1

2. On July 21, 2025, TVMA timely filed a Notice of Removal to federal court, which was thereafter served on all parties. (Doc. 1)

3. Plaintiff thereafter filed an Amended Complaint on August 1, 2025. (Doc. 10)

4. TVMA filed a second Motion to Dismiss on August 15, 2025.

5. Plaintiff thereafter requested to file a Second Amended Complaint, which was then filed on January 21, 2026. (Doc. 72)

6. TVMA filed a Partial Motion to Dismiss on February 3, 2026. (Doc. 74)

7. The substantive portion of the brief in support is expected to be about 35 pages in length and exceed 5,000 words.

8. Local Rule 7.8(b) requires that briefs be limited to 15 pages in length or contain no more than 5,000 words unless court approval is obtained.

9. The length of TVMA's brief is necessary to adequately address the factual and legal issues in its Motion to Dismiss, given that the Second Amended Complaint contains thirteen (13) counts. TVMA would be unfairly prejudiced if it is not permitted to file a brief up to 35 pages long.

10. The instant motion is timely. *See* Local Rule 7.8(b)(3) ("Any motion seeking such authorization shall specify the length of the brief requested and shall be filed at least two (2) working days before the brief is due.").

11.  Counsel for Defendant Jersey Shore Area Joint Water Authority concur with the filing of the instant motion.

12.  Plaintiff opposes this Motion.

WHEREFORE, in accordance with Local Rule 7.8(b)(3), TVMA requests that the Court grant it leave to file a brief up to 35 pages long in support of its Partial Motion to Dismiss.

                                       Respectfully submitted,

                                       BARLEY SNYDER

By:     */s/ Sarah L. Doyle*
       Michael J. Crocenzi, Esquire
       Attorney I.D. #66255
       mcrocenzi@barley.com
       Sarah L. Doyle, Esquire
       Attorney I.D. #321149
       sdoyle@barley.com
       100 East Market Street
       York, PA  17401
       Telephone (717) 846-8888
       *Counsel for Tiadaghton Valley Municipal Authority*

Date:  February 4, 2026

## CERTIFICATE OF SERVICE

I certify that on this 4th day of February, 2026, the foregoing Motion was electronically filed and available for downloading from the ECF system and, pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document on the following parties who have consented to electronic service:

Dion Storm Holland
566 High Street
Jersey Shore, PA  17740
*Pro Se Plaintiff*

Sean P. McDonough, Esquire
Dougherty Leventhal & Price, LLP
459 Wyoming Avenue
Kingston, PA  18704
*Counsel for Defendant Jersey Shore
Area Joint Water Authority and Defendant Eric Johnston*

                                        Respectfully submitted,

                                        BARLEY SNYDER

By:    */s/ Sarah L. Doyle*
          Michael J. Crocenzi, Esquire (#66255)
          mcrocenzi@barley.com
          Sarah L. Doyle, Esquire (#321149)
          sdoyle@barley.com
          100 East Market Street
          York, PA  17401
          Telephone (717) 846-8888
          *Counsel for Tiadaghton Valley Municipal Authority*

Date:  February 4, 2026

13857125.1