IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br><br>    Plaintiff,<br><br>    v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY<br><br>and<br><br>TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities,<br><br>    Defendants. | Civil Action No. 4:25-cv-01323-DFB<br><br>The Honorable Daryl F. Bloom<br><br>Electronically Filed |

**ORDER GRANTING DEFENDANT'S MOTION TO EXCEED PAGE LIMITATIONS PURSUANT TO RULE 7.8(b)**

AND NOW, this ____ day of _____, 2026, IT IS HEREBY ORDERED THAT Defendant Tiadaghton Valley Municipal Authority's Motion to Exceed Page Limitation is **GRANTED**. The Court grants leave for the Defendant to file a brief up to 35 pages long in support of its Motion to Dismiss.

BY THE COURT:

_____
J.

13857125.1