IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND<br>　　　　Plaintiff, | Civil Action No. 4:25-cv-01323-DFB |
| v. | The Honorable Daryl F. Bloom |
| TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC JOHNSTON, JOHN DOE 1-5 in their individual capacities, | Electronically Filed |
| 　　　　Defendants. | |

**CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE**

I, Sarah L. Doyle, Esquire, counsel for Defendant Tiadaghton Municipal Sewer Authority, certify that I contacted *pro se* Plaintiff, Dion Storm Holland, and Plaintiff does not concur with the Motion to Exceed Page Limitation. Counsel for Jersey Shore Area Joint Water Authority, Eric Johnston and Timothy Confair concurs with the Motion to Exceed Page Limitation.

13857125.1

                         Respectfully submitted,

                         BARLEY SNYDER

        By:      */s/ Sarah L. Doyle*
                         Michael J. Crocenzi, Esquire (I.D. #66255)
                         mcrocenzi@barley.com
                         Sarah L. Doyle, Esquire (I.D. #321149)
                         sdoyle@barley.com
                         100 East Market Street
                         York, PA  17401
                         Telephone (717) 846-8888
                         *Counsel for Tiadaghton Valley Municipal Authority*

Date:  February 4, 2026

13857125.1