IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY, ERIC S. JOHNSTON AND TIMOTHY CONFAIR'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FILED PURSUANT TO F.R.C.P. 12(b)(6)**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority, Eric S. Johnston and Timothy Confair, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the dismissal of Plaintiff's Second Amended Complaint pursuant to F.R.C.P. 12(b)(6), averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority (hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging

his civil rights were violated.

2. On July 21, 2025, Co-defendant Tiadaghton MSA filed a Notice of Removal with the Middle District of Pennsylvania. Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3. On August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named plaintiff, Moving Defendant Eric S. Johnston (hereinafter, "Johnston") and several John Doe Defendants. One of those defendants was later identified as Timothy Confair.

4. On January 7, 2026, this Honorable Court issued an Order directing plaintiff to file a motion to amend his Complaint by January 21, 2026 to specifically name Mr. Confair as a defendant. Plaintiff did file a Motion to Amend his Complaint and on January 21, 2026, this Honorable Court issued an Order granting Plaintiff's motion to amend his complaint. The operative pleading in this case is Plaintiff's Second Amended Complaint (Doc. 72) which was filed on January 21, 2026.

5. Moving Defendants Jersey Shore and Johnston hereby move for the dismissal of Plaintiff's Second Amended Complaint (SAC) pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's SAC fails to state a claim upon which relief can be granted. The grounds upon which this Motion is based will be

fully outlined in the Moving Defendants' supporting brief which will be filed pursuant to Local Rule 7.5.

6. Undersigned counsel contacted Plaintiff Holland and he does not concur in the filing of this motion. Counsel for the co-defendant Tiadaghton Valley Municipal Authority, Sarah L. Doyle, was contacted and concurs in the filing of this motion.

WHEREFORE, the Defendants Jersey Shore Joint Water Authority, Eric S. Johnston and Timothy Confair pray for the entry of an order granting their Motion to Dismiss Plaintiff's Second Amended Complaint as it pertains to them.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority, Johnston & Confair
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he indicated that he does not concur.

I further certify that I contact counsel for co-Defendant, Sarah Doyle, Esquire, and she concurs in this motion.

Date: February 3, 2026                         s/Sean P. McDonough
                                               Sean P. McDonough, Esquire
                                               Attorney for Defendants Jersey Shore,
                                               Johnston & Confair

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 4th day of February, 2026, I served the foregoing Motion to Dismiss Plaintiff's Second Amended Complaint, upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt.
Water Authority, Johnston & Confair