THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW this _____ day of _____, 2026, upon consideration of Defendants Jersey Shore Joint Water Authority, Eric S. Johnston and Timothy Confair's Motion to Dismiss Plaintiff's Second Amended Complaint filed Pursuant to F.R.C.P. 12(b)(6), it is hereby ORDERED AND DECREED that said Motion is GRANTED and the Plaintiff's Second Amended Complaint is dismissed as it pertains to Defendants Jersey Shore, Johnston and Confair.

BY THE COURT:

_____
J.