IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : (MAG. JUDGE CARLSON) |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY, ERIC S. JOHNSTON AND TIMOTHY CONFAIR'S MOTION TO TO EXCEED WORD COUNT LIMITATION REGARDING THEIR BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority, Eric S. Johnston and Timothy Confair, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the entry of an order granting their Motion to Exceed Word Count Pursuant to L.R. 7.8(b) with respect to their Brief in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint, averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority

(hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging his civil rights were violated. Pursuant to the Court's January 6, 2026 and January 21, 2026 Orders, the operative pleading in this case is Plaintiff's Second Amended Complaint (Doc. 72).

2. The Second Amended Complaint was filed on January 21, 2026 thereby making moving Defendants' responsive pleading due on or before February 4, 2026.

3. On February 4, 2026, Moving Defendants Jersey Shore, Johnston and Confair filed a Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Second Amended Complaint fails to state a claim upon which relief can be granted. Undersigned counsel is currently in the process of preparing that brief.

4. Pursuant to Local Rule 7.8, a party must seek leave of Court to file a brief in excess of 5,000 words.

5. Plaintiffs' Second Amended Complaint is comprised of 136 paragraphs and contains 13 counts and 93 pages of exhibits. Based upon the claims alleged by Plaintiff and the issues to be addressed, moving defendants believe that their brief will exceed 5,000 words and are respectfully requesting an order allowing them to file a brief in excess of 5,000 words but not to exceed 15,000 words in length.

6. Undersigned counsel contacted Plaintiff, Mr. Holland, pro se and he does not concur in this request. Additionally, undersigned counsel reached out to Sarah Doyle, Esquire, counsel for the co-defendant Tiadaghton Municipal Authority, and she concurs in this motion.

WHEREFORE, Defendants Jersey Shore Joint Water Authority, Eric S. Johnston and Timothy Confair pray for the entry of an order granting their Motion to Exceed Word Count with regard to their brief in support of their Motion to Dismiss Plaintiff's Second Amended Complaint.

                                  Respectfully submitted:

                                  DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

                                  s/Sean P. McDonough

By: _____
        Sean P. McDonough, Esquire
        Attorney for Defendants Jersey Shore Area
        Jt. Water Authority, Johnston & Confair
        PA ID# 47428
        459 Wyoming Avenue
        Kingston, PA 18704
        Phone (570) 347-1011 or 570-288-1427
        Fax (570) 347-7028 or 570-288-7099
        smcdonough@dlplaw.com

## CERTIFICATE OF NON-CONCURRENCE/CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he does not concur.

Additionally, I did contact Sarah Doyle, Esquire, counsel for Co-defendant, regarding her concurrence in this motion and she indicated that she does concur in same.

Date: February 3, 2026

s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Johnston & Confair

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 4th day of February, 2026, I served the foregoing Motion to Exceed Word Count for Brief In Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough
_____
SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt. Water Authority, Johnston & Confair