IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT | : |
| WATER AUTHORITY, et al. | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY, ERIC S. JOHNSTON AND TIMOTHY CONFAIRS' MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority, Eric S. Johnston and Timothy Confair, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for an enlargement of time of nine days or until February 27, 2026, to file their brief in support of their Motion to Dismiss Plaintiff's Second Amended Complaint averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority

(hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority (hereinafter, "TVMA") alleging his civil rights were violated.

2. On July 21, 2025, Co-defendant TVMA filed a Notice of Removal with the Middle District of Pennsylvania. Pursuant to Federal Rules of Civil Procedure, Moving Defendant Jersey Shore's responsive pleading is due on or before July 28, 2025.

3. On August 1, 2025, Plaintiff filed an Amended Complaint (Doc. 10) which included another named defendant, Moving Defendant Eric S. Johnston (hereinafter, "Johnston"). Summons were issued on August 6, 2025.

4. On August 14, 2025, Moving Defendants Jersey Shore and Johnston filed a Motion to Dismiss Plaintiff's Amended Complaint pursuant to F.R.C.P. No. 12(b)(6) on the grounds that the Plaintiff's Complaint fails to state a claim upon which relief can be granted. Co-defendant TVMA also filed a Motion to Dismiss the Amended Complaint on August 15, 2025. Defendants filed their respective briefs regarding their motion to dismiss the Amended Complaint and Plaintiff filed briefs in opposition to same.

6. On January 14, 2026, Plaintiff filed a Motion to Amend/Correct his Complaint (Doc. 70) and on January 21, 2026, this Honorable Court issued an Order granting said motion. Plaintiff's Second Amended Complaint (SAC) (Doc. 72) was filed of record on January 21, 2026. Said SAC includes naming Timothy

Confair (a John Doe Defendant in the prior complaint) as a defendant in this matter.

7. On February 3, 2026, Co-Defendant TVMA filed a Motion to Dismiss Plaintiff's SAC. Moving Defendants' filed their Motion to Dismiss Plaintiff's SAC on February 4, 2026, thereby making their supporting brief due on or before February 18, 2026.

8. Undersigned counsel is respectfully requesting an enlargement of time to file Moving Defendants' supporting brief until February 27, 2026 as undersigned counsel is currently preparing a brief in another matter that is due February 19, 2026. Additionally, undersigned counsel is scheduled to appear for Jury Duty in Lackawanna County Court of Common Pleas and is not sure if he will be required to stay more than that day. Finally, support staff for undersigned counsel is out of the office on February 18, 2026 which will impact undersigned counsel's ability to have the brief prepared and filed in the event he were able to prepare one.

9. Undersigned counsel contacted Plaintiff, Mr. Holland, who is pro se, by email; however, Mr. Holland does not concur in the filing of this motion. Counsel for the Co-defendant, Sarah L. Doyle, Esquire, has been contacted and she concurs in our motion.

WHEREFORE, Defendants Jersey Shore Joint Water Authority, Eric S. Johnston and Timothy Confair prays for the entry of an order granting their Motion for Enlargement of Time to File their Brief in Support of Their Motion to Dismiss Plaintiff's Second Amended Complaint.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
_____
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority, Eric S. Johnston and
Timothy Confair
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

## CERTIFICATE OF NONCONCURRENCE/CONCURRENCE

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he does not concur in same.

Additionally, I have contacted counsel for co-defendant, Sarah Doyle, Esquire, and she does concur in same.

Date: February 16, 2026                         s/Sean P. McDonough
                                                Sean P. McDonough, Esquire
                                                Attorney for Defendants Jersey Shore
                                                Johnston and Confair

## CERTIFICATE OF SERVICE

      I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 16th day of February, 2026, I served the foregoing Motion for Enlargement of Time to File Jersey Shore Defendants' Brief in Support of their Motion to Dismiss Plaintiff's Second Amended Complaint upon the persons indicated below as follows:

      Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

      Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

      Respectfully submitted,

      DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

      s/Sean P. McDonough
      _____
      SEAN P. McDONOUGH, ESQUIRE
      Attorney for Defendants Jersey Shore Area Jt.
      Water Authority, Eric S. Johnston and Timothy
      Confair