IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DION STORM HOLLAND,** | : | |
| Plaintiff, | : | Civil Action No. 4:25-CV-01323 |
| v. | : | The Honorable Keli M. Neary (JUDGE) |
| | : | (MAG. JUDGE CARLSON) |
| **JERSEY SHORE AREA JOINT WATER AUTHORITY, TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, TIMOTHY CONFAIR, JOHN DOE 1-5 in their individual capacities,** | : | **NOTICE OF DEEMED WITHDRAWAL OF DEFENDANTS' MOTION** (Pursuant to Local Rule 7.5) |
| Defendants. | : | |

**NOTICE OF DEEMED WITHDRAWAL OF DEFENDANTS' MOTION**

**(Pursuant to Local Rule 7.5)**

Plaintiff, proceeding pro se, respectfully files this Notice to inform the Court of the following:

1. Defendants Jersey Shore Area Joint Water Authority, Eric Johnston, and Timothy Confair filed a Motion to Dismiss Plaintiff's Second Amended Complaint on the docket.

2. Pursuant to Middle District of Pennsylvania Local Rule 7.5, a party filing a motion must file a supporting brief within fourteen (14) days after filing the motion.

3. The deadline for Defendants to file a supporting brief in compliance with Local Rule 7.5 expired on February 18, 2026.

4. As of the date of this filing, Defendants have not filed any supporting brief in support of their Motion.

5. Local Rule 7.5 provides:

"If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn."

6. Accordingly, Defendants' Motion to Dismiss is deemed **withdrawn** by operation of Local Rule 7.5.

WHEREFORE, Plaintiff respectfully submits this Notice to preserve the procedural record and to inform the Court that Defendants' Motion to Dismiss is deemed withdrawn under Local Rule 7.5.

Respectfully submitted,

/s/ Dion Storm Holland
Dion Storm Holland, Pro Se
In care of: 566 High Street
Jersey Shore, Pennsylvania 17740
(814) 574-9664 subarudion@gmail.com Date February 19th, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February 2026, I caused a true and correct copy of the foregoing Notice of Deemed Withdrawal of Defendants Motion to be served by electronic filing through the Court's CM/ECF system, which constitutes service under Fed. R. Civ. P. 5(b)(2)(D), upon the following counsel of record:

Sean P. McDonough, Esq. (PA I.D. #47428)

Dougherty, Leventhal & Price, LLP

459 Wyoming Avenue

Kingston, PA 18704

E-mail: smcdonough@dlplaw.com


Michael J. Crocenzi, Esq. (PA I.D. #66255)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: mcrocenzi@barley.com


Sarah L. Doyle, Esq. (PA I.D. #321149)

Barley Snyder

100 East Market Street

York, PA 17401

E-mail: sdoyle@barley.com

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In Care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com