IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>JERSEY SHORE AREA JOINT WATER AUTHORITY, TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, TIMOTHY CONFAIR, JOHN DOE 1-5 in their individual capacities,<br><br>    Defendants. | Civil Action No. 4:25-CV-01323<br><br>The Honorable Keli M. Neary (JUDGE)<br>(MAG. JUDGE CARLSON)<br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANT TVMA'S MOTION TO DISMISS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANT TIADAGHTON VALLEY MUNICIPAL AUTHORITY'S MOTION TO DISMISS**

Plaintiff, Dion Storm Holland, proceeding pro se, respectfully moves for leave to file an oversized brief in opposition to Defendant Tiadaghton Valley Municipal Authority's ("TVMA") Motion to Dismiss, and in support thereof states as follows:

1. TVMA filed a Motion to Dismiss the Second Amended Complaint and a supporting brief spanning approximately 38 pages.

2. TVMA's motion and supporting brief address numerous counts, legal theories, and requests for relief, including federal constitutional claims, municipal liability/Monell issues, conspiracy allegations, Pennsylvania constitutional issues, state-law immunity/remedy arguments, and requests for equitable/declaratory relief and punitive damages.

3. Plaintiff is proceeding pro se and is making a good-faith effort to file a complete, organized, and non-duplicative response that adequately addresses the arguments raised by TVMA.

4. Plaintiff respectfully seeks leave to file an opposition brief not to exceed forty (40) pages, which is reasonably proportional to the length and scope of TVMA's supporting brief.

5. This request is made in good faith and not for purposes of delay.

6. Granting this motion will assist the Court by permitting a focused and orderly response to the issues raised, rather than an incomplete or artificially compressed brief that may omit relevant arguments.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff leave to file an oversized brief in opposition to TVMA's Motion to Dismiss, not to exceed forty (40) pages, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664

subarudion@gmail.com

Date: February 27th, 2026

## CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE

Pursuant to Local Rule 7.1, Plaintiff certifies that he sought concurrence from counsel for Defendant TVMA regarding the relief requested in this motion, and counsel did not respond prior to filing.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

Date: February 27th, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2026, a true and correct copy of the foregoing Motion for Leave to File an Oversized Brief in Opposition to Defendant TVMA's Motion to Dismiss was served upon all counsel of record via the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Dion Storm Holland

Dion Storm Holland, Pro Se