# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DION STORM HOLLAND, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 4:25-CV-01323 |
| v. | : | |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, TIMOTHY CONFAIR, JOHN DOE 1-5 in their individual capacities, | : | The Honorable Keli M. Neary |
| | : | (JUDGE) |
| | : | (MAG. JUDGE CARLSON) |
| | : | |
| | : | PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANT TVMA'S MOTION TO DISMISS |
| Defendants. | : | |
| | : | |

## ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiff's Motion for Leave to file an Oversized Brief in Opposition to Defendant Tiadaghton Municipal Authority's Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff may file and oversized brief in opposition to Defendant Tiadaghton Valley Municipal Authority's Motion to Dismiss, not to exceed forty (40) pages.

BY THE COURT:

_____J.