IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND, : <br> : <br> Plaintiff, : <br> : <br> : <br> : <br> v. : <br> : <br> JERSEY SHORE AREA : <br> JOINT WATER : <br> AUTHORITY, : <br> TIADAGHTON VALLEY : <br> MUNICIPAL AUTHORITY, : <br> ERIC S. JOHNSTON, : <br> TIMOTHY CONFAIR, JOHN : <br> DOE 1-5 in their individual : <br> capacities, : <br> : <br> Defendants. : | Civil Action No. 4:25-CV-01323 <br><br> The Honorable Keli M. Neary <br> (JUDGE) <br> (MAG. JUDGE CARLSON) <br><br> PLAINTIFF'S MOTION FOR <br> LEAVE TO FILE OVERSIZED BRIEF <br> IN OPPOSITION TO DEFENDANTS' <br> JSAJWA's MOTION TO DISMISS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' JERSEY SHORE AREA JOINT WATER AUTHORITY'S MOTION TO DISMISS**

Plaintiff Dion Storm Holland, proceeding pro se, respectfully moves for leave to file an oversized brief in opposition to Defendants' Motion to Dismiss the Second Amended Complaint, pursuant to Local Rules 7.01, 7.06, and 7.08(b)(3), and states as follows:

1

1. On March 4, 2026, Defendants filed their brief in support of the Motion to Dismiss, together with a table of contents and table of authorities, for a total submission of 53 pages.

2. Under Local Rule 7.06, Plaintiff's brief in opposition is due within fourteen (14) days after service of Defendants' supporting brief.

3. Defendants' motion challenges numerous distinct claims and legal theories in the Second Amended Complaint, including procedural due process, equal protection, takings, post-restoration constitutional claims, municipal liability under 42 U.S.C. § 1983, ADA and Rehabilitation Act claims, Pennsylvania constitutional and common-law claims, and qualified immunity.

4. Plaintiff has made good-faith efforts to streamline his opposition brief, but additional length is necessary to respond adequately and in an organized, count-by-count manner to the issues raised by Defendants.

5. Pursuant to Local Rule 7.08(b)(3), Plaintiff respectfully requests leave to file an opposition brief not exceeding 53 pages total, including any table of contents and table of authorities.

6. Pursuant to Local Rule 7.01, Plaintiff certifies that he sought concurrence from both opposing counsel in the relief requested herein. Counsel for Defendants has stated that Defendants Concur in the requested Relief. WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file an oversized opposition brief not exceeding 53 pages total, including any table of contents and table of authorities, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se

In care of: 566 High Street

Jersey Shore, Pennsylvania 17740

(814) 574-9664 subarudion@gmail.com

March 12, 2026

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March 2026, a true and correct copy of the foregoing Motion for Leave to File an Oversized Brief in Opposition to Defendants' JSJAWA's Motion to Dismiss was served upon all counsel of record via the Court's CM/ECF system.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dion Storm Holland

Dion Storm Holland, Pro Se