# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DION STORM HOLLAND, | : | |
| Plaintiff, | : | Civil Action No. 4:25-CV-01323 |
| | : | |
| v. | : | The Honorable Keli M. Neary (JUDGE) |
| | : | (MAG. JUDGE CARLSON) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, TIMOTHY CONFAIR, JOHN DOE 1-5 in their individual capacities, | : | PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANTS' JSAJWA's MOTION TO DISMISS |
| Defendants. | : | |

# ORDER

AND NOW, this  13th  day of     March     , 2026, upon consideration of Plaintiff's Motion for Leave to File Oversized Brief in Opposition to Defendants' Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

Plaintiff is granted leave to file an opposition brief not exceeding 53 pages total, including any table of contents and table of authorities.

BY THE COURT:

  s/Martin C. Carlson                               J.