**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DION STORM HOLLAND,<br>Plaintiff,<br><br>v.<br>JERSEY SHORE AREA JOINT WATER AUTHORITY, TIADAGHTON VALLEY MUNICIPAL AUTHORITY, ERIC S. JOHNSTON, TIMOTHY CONFAIR, JOHN DOE 1-5 in their individual capacities,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 4:25-CV-01323<br><br>The Honorable Keli M. Neary<br>(JUDGE)<br>(MAG. JUDGE CARLSON) |

**ORDER**

AND NOW, this ___ day of ___________, 2026, upon consideration of the Report and Recommendation (ECF No. 90), Plaintiff's Specific Objections thereto, the Brief in Support, and the record, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Specific Objections are **SUSTAINED IN PART** as set forth below.

2. The Report and Recommendation is **ADOPTED IN PART and REJECTED IN PART**.

3. The recommendation that Plaintiff's institutional Title II ADA claim proceed is **ADOPTED**.

4. The recommendation that Plaintiff's Fourteenth Amendment procedural-due-process claim and First Amendment retaliation/Petition Clause theory be dismissed with prejudice is **REJECTED**, and those claims may proceed.

5. As to the Rehabilitation Act § 504 claim and any other pleading deficiency determined to be curable, Plaintiff is granted leave to amend within a period fixed by the Court.

6. Qualified immunity and municipal liability shall be determined claim-by-claim consistent with this Order.

**BY THE COURT:**

Keli M. Neary
United States District Judge