IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, et al. | : (MAG. JUDGE CARLSON) |
| | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY, ERIC S. JOHNSTON AND TIMOTHY CONFAIRS' MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSE TO PLAINTIFF'S OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLSON (DOC. 90)**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority, Eric S. Johnston and Timothy Confair, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for an enlargement of time of 15 days or until October 27, 2026, to file their response to Plaintiff's Objections to Magistrate Carlson's September 16, 2026 Report and Recommendation (Doc. 90) regarding Defendants' Motions to Dismiss Plaintiff's

Second Amended Complaint averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority (hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority (hereinafter, "TVMA") alleging his civil rights were violated.

2. On July 21, 2025, Co-defendant TVMA filed a Notice of Removal with the Middle District of Pennsylvania. Since that time, Plaintiff has amended his Complaint twice, the most recent iteration is the Second Amended Complaint (SAC)(Doc. 72) filed on January 21, 2026, and that is the operative pleading in this matter. Also, the SAC identified Defendant Timothy Confair as the previously identified John Doe Defendant.

3. On February 3, 2026, Co-Defendant TVMA filed a Motion to Dismiss Plaintiff's SAC. Moving Defendants' filed their Motion to Dismiss Plaintiff's SAC on February 4, 2026. All parties filed their respective briefs and on September 19, 2026, Magistrate Judge Carlson issued a Report and Recommendation (Doc. 90) granting in part and denying in part the previously mentioned motions to dismiss.

4. On September 28, 2026, Plaintiff filed Objections (Doc. 91) to the Report and Recommendation of Magistrate Carlson thereby making Defendants'

response/opposition brief would be due on or before October 12, 2026.

5. Undersigned counsel is respectfully requesting an enlargement of time to file Moving Defendants' response/opposition brief until October 27, 2026, as undersigned counsel has been in depositions and an arbitration this week and is scheduled to be out of town next week for the Pennsylvania Bench Bar Conference. Additionally, support staff for undersigned counsel are out of the office from October 22nd through October 26th which will impact undersigned counsel's ability to have the brief prepared and filed in the event he were able to draft one prior to October 27th.

6. Undersigned counsel contacted Plaintiff, Mr. Holland, who is pro se, by email and he indicated that he does not concur in the filing of this motion. Counsel for the Co-defendant, Sarah L. Doyle, Esquire, has been contacted and she concurs in our motion.

WHEREFORE, Defendants Jersey Shore Joint Water Authority, Eric S. Johnston and Timothy Confair prays for the entry of an order granting their Motion for Enlargement of Time to File their Response/Opposition Brief to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Carlson.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough

Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area Jt. Water Authority, Eric S. Johnston and Timothy Confair
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

**CERTIFICATE OF NONCONCURRENCE/CONCURRENCE**

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he does not concur in same.

Additionally, I have contacted counsel for co-defendant, Sarah Doyle, Esquire, and she does concur in same.

Date: October 2, 2026

s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore
Johnston and Confair

## CERTIFICATE OF SERVICE

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 2nd day of October, 2026, I served the foregoing Motion for Enlargement of Time to File Jersey Shore Defendants' Response/Brief in Opposition to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Carlson upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough

SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt. Water Authority, Eric S. Johnston and Timothy Confair