THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI A. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, et al. | : (MAG. JUDGE CARLSON) |
| | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW this 5th day of October, 2026, upon consideration of the Jersey Shore Defendants' Motion for Enlargement of Time to File Their Response/ Opposition Brief to Plaintiff's Objections (Doc. 91) to the Report and Recommendation of Magistrate Judge Carlson (Doc. 90), it is hereby ORDERED AND DECREED that said Motion is GRANTED thereby making the Jersey Shore Defendant's Response/Opposition Brief to Plaintiff's Objections due on or before October 27, 2026.

BY THE COURT:

/s/ Keli M. Neary
J.