IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, et al. | : (MAG. JUDGE CARLSON) |
| | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**DEFENDANTS JERSEY SHORE AREA JOINT WATER AUTHORITY, ERIC S. JOHNSTON AND TIMOTHY CONFAIR'S MOTION TO TO EXCEED WORD COUNT LIMITATION REGARDING THEIR OPPOSITION TO PLAINTIFFS' OBJECTIONS TO THE REPORT AND RECOMMENDATION OF MAG. JUDGE CARLSON (DOC. 90)**

AND NOW, come the Defendants Jersey Shore Area Joint Water Authority, Eric S. Johnston and Timothy Confair, by and through their counsel, Dougherty, Leventhal & Price, LLP, and hereby move this Honorable Court for the entry of an order granting their Motion to Exceed Word Count Pursuant to L.R. 7.8(b) with respect to their Opposition to Plaintiff's Objections (Doc. 91) to the Report and Recommendation (Doc. 90) of Magistrate Carlson regarding the Motion to Dismiss Plaintiff's Second Amended Complaint, averring in support the following:

1. On or about June 27, 2025, Plaintiff Dion Storm Holland filed a *pro se* Complaint against Defendants Jersey Short Area Joint Water Authority (hereinafter, "Jersey Shore") and Tiadaghton Valley Municipal Authority alleging his civil rights were violated. Pursuant to the Court's January 6, 2026 and January 21, 2026 Orders, the operative pleading in this case is Plaintiff's Second Amended Complaint (Doc. 72).

2. All defendants filed motions to dismiss Plaintiff's SAC and on September 16, 2026, Magistrate Judge Carlson filed his Report and Recommendation (Doc. 90) regarding both motions.

3. On September 28, 2026, Plaintiff filed Objections (Doc. 91) to the Report and Recommendation.

4. Moving Defendants sought leave of Court to file their response/brief in opposition which was granted by the Court on October 5, 2026 (Doc. 93) thereby making Moving Defendants opposition papers due on or before October 27, 2026.

5. Undersigned counsel is in the process of preparing their opposition response to Plaintiff's Objections and beliefs that based on the issues raised in Plaintiff's objections, he will require relief from Local Rule 7.8 which requires a party seek leave of Court to file a brief in excess of 5,000 words.

6. Based upon the claims alleged by Plaintiff and the issues to be addressed, moving defendants believe that their response/opposition brief will exceed 5,000

words and are respectfully requesting an order allowing them to file a response/brief in excess of 5,000 words but not to exceed 15,000 words in length.

7. Undersigned counsel contacted Plaintiff, Mr. Holland, pro se and he does concur in this request. Additionally, undersigned counsel attempted to contact Sarah Doyle, Esquire, counsel for the co-defendant Tiadaghton Municipal Authority; however, she was unavailable and it is assumed that she does not concur in this motion.

WHEREFORE, Defendants Jersey Shore Joint Water Authority, Eric S. Johnston and Timothy Confair pray for the entry of an order granting their Motion to Exceed Word Count with regard to their opposition papers to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Carlson.

Respectfully submitted:

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

By: s/Sean P. McDonough
________________________________

Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore Area
Jt. Water Authority, Johnston & Confair
PA ID# 47428
459 Wyoming Avenue
Kingston, PA 18704
Phone (570) 347-1011 or 570-288-1427
Fax (570) 347-7028 or 570-288-7099
smcdonough@dlplaw.com

**CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE**

I, Sean P. McDonough, Esquire, attorney for Defendant Jersey Shore Joint Water Authority, hereby certify that I contacted Plaintiff Dion Storm Holland regarding his concurrence in this motion and he does not concur.

Additionally, I attempted to contact Sarah Doyle, Esquire, counsel for Co-defendant, regarding her concurrence in this motion; however, she was unavailable and it is assumed that she does not concur in same.

Date: October 21, 2026

s/Sean P. McDonough
Sean P. McDonough, Esquire
Attorney for Defendants Jersey Shore
Johnston & Confair

**CERTIFICATE OF SERVICE**

I, SEAN P. McDONOUGH, ESQUIRE, hereby certify that on the 21st day of October, 2026, I served the foregoing Motion to Exceed Word Count for Response/Opposition Brief to Plaintiff's Objections to the Report and Recommendation of Magistrate Judge Carlson regarding the Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint upon the persons indicated below as follows:

Via first class mail, postage prepaid and email transmission

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
subarudion@gmail.com
(Plaintiff- pro se)

Via electronic filing

Michael J. Crocenzi, Esquire
Sarah L. Doyle, Esquire
100 East Market Street
York, PA 17401
mcrocenzi@barley.com
sdoyle@barley.com
(Counsel for Defendant Tiadaghton Mun. Sewer Authority)

Respectfully submitted,

DOUGHERTY, LEVENTHAL & PRICE, L.L.P.

s/Sean P. McDonough

SEAN P. McDONOUGH, ESQUIRE
Attorney for Defendants Jersey Shore Area Jt.
Water Authority, Johnston & Confair