THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION STORM HOLLAND | : |
| | : CIVIL NO. 4:25-CV-01323 |
| Plaintiff, | : |
| | : |
| vs. | : (JUDGE KELI M. NEARY) |
| | : |
| JERSEY SHORE AREA JOINT WATER AUTHORITY, et al. | : (MAG. JUDGE CARLSON) |
| | : |
| | : |
| Defendants: | : (ELECTRONICALLY FILED) |

**ORDER**

AND NOW, this ____ day of ___________________, 2026, upon consideration of the Jersey Shore Defendants' Motion To Exceed Word Count Limitations, it is hereby ORDERED and DECREED that the Jersey Shore Defendants' Opposition Papers to Plaintiff's Objections (Doc. 91) to the Report and Recommendation of Magistrate Judge Carlson (Doc. 90) shall not exceed 15,000 words in length.

BY THE COURT:

________________________________
J.