**WORD COUNT CERTIFICATION**
**(Tiadaghton Valley Municipal Authority's Response to Plaintiff's Objections to the Report and Recommendation)**

I, Sarah L. Doyle, Esquire, hereby certify that the word count function for this document indicates that the document contains 4,395 words – not counting the cover sheet, table of contents, table of authorities, word count certification, and certificate of service. In making this certificate, I have relied on the word count of the word-processing system used to prepare the brief.

BARLEY SNYDER

By: *[/s/ Sarah L. Doyle]*

Michael J. Crocenzi, Esquire
Attorney I.D. No. 66255
Sarah L. Doyle, Esquire
Attorney I.D. No. 321149
100 East Market Street
York, PA 17401
717-814-5417
mcrocenzi@barley.com
sdoyle@barley.com
*Attorneys for Tiadaghton Valley Municipal Authority*

Date: October 29, 2026

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of October, 2026, the foregoing Word Count was electronically filed and available for downloading from the ECF system and, pursuant to Fed. R.C.P. 5(b)(2)(D), such electronic filing constitutes service of the foregoing document on the following parties who have consented to electronic service:

Sean P. McDonough, Esquire
Dougherty Leventhal & Price, LLP
459 Wyoming Avenue
Kingston, PA 18704
*Counsel for Defendant Jersey Shore Area Joint Water Authority and Eric Johnston*

Dion Storm Holland
566 High Street
Jersey Shore, PA 17740
*Pro Se Plaintiff*

Respectfully submitted,

BARLEY SNYDER

By: *__/s/ Sarah L. Doyle__*
Michael J. Crocenzi, Esquire (#66255)
mcrocenzi@barley.com
Sarah L. Doyle, Esquire (#321149)
sdoyle@barley.com
100 East Market Street
York, PA 17401
Telephone (717) 846-8888
*Counsel for Tiadaghton Valley Municipal Authority*

Date: October 29, 2026