**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DION STORM HOLLAND,<br>Plaintiff, | : | |
| v. | : | Civil Action No.<br>4:25-cv-01323-KMN<br>(Judge Keli M. Neary) |
| JERSEY SHORE AREA JOINT WATER AUTHORITY; TIADAGHTON VALLEY MUNICIPAL AUTHORITY; ERIC S. JOHNSTON; TIMOTHY CONFAIR; and JOHN DOE 1-5 in their individual capacities,<br>Defendants. | : | (Magistrate Judge Carlson) |

**Proposed Order**

AND NOW, this 30th day of October, 2026, upon consideration of Plaintiff's Motion for an Extension of Time and Leave to File an Enlarged Consolidated Reply, IT IS ORDERED:

1. The motion is GRANTED.

2. Plaintiff's deadline to reply to ECF No. 97 is extended from November 3, 2026, through November 17, 2026, under Rule 6(b)(1)(A).

3. Under Rule 6(b)(1)(B), Plaintiff may also address ECF No. 94 in one consolidated reply supporting ECF No. 91, to be filed on or before November 17, 2026.

4. Under Local Rule 7.8(b)(3), the consolidated reply may exceed fifteen pages and 5,000 words but shall not exceed 10,000 words. It shall include an actual-word-count certificate and, if longer than fifteen pages, a table of contents and table of authorities.

5. No other case deadline is altered.

BY THE COURT:

/s/ Keli M. Neary

Keli M. Neary
United States District Judge